# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Case No.** |
| **ALLEGIANCE COAL USA LIMITED,** ) | **1:23-bk-10234** |
| ) | |
| Debtor ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Daniel D. Sparks of Christian & Small LLP hereby enters an appearance as attorney of record for Nelson Brothers, LLC, a creditor in the above styled Bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 2002, the undersigned attorney of record requests that, without limitation, all notices give or required to be given in this case, and all other documents served or required to be served in this case, be given to and served upon the following:

> Daniel D. Sparks
> CHRISTIAN & SMALL LLP
> 1800 Financial Center
> 505 North 20th Street
> Birmingham, AL 35203
> ddsparks@csattorneys.com
> (205) 795-6588

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings, including, without limitation, notices of any Orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, hand delivered, telefax, telegraph, teletex or otherwise which affect or seek to affect the above case.

DATED this 22nd day of February, 2023.

> /s/ Daniel D. Sparks
> Daniel D. Sparks, Attorney for
> Nelson Brothers, LLC

OF COUNSEL:
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588
ddsparks@csattorneys.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing instrument was served on the following via the means indicated for each, on this the 22nd day of February, 2023.

Via US Mail:

Office of the U.S. Trustee
844 N. King St., #2207
Wilmington, DE 19801

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19899-1347

/s/ Daniel D. sparks
Daniel D. Sparks

3763796.1