**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**ALLEGIANCE COAL USA LIMITED**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10234 (CTG)<br><br>Joint Administration Requested |

### NOTICE OF HEARING TO CONSIDER FIRST DAY PAPERS

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register prior to the hearing.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItceypqDwqHnk8s5OpgRPAUds4qTmEmAo

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

Topic: In re Allegiance Coal USA Limited, *et al.*

Time: February 23, 2023 at 2:00 PM Eastern Time (US and Canada)

**PLEASE TAKE NOTICE** that on February 21, 2023, Allegiance Coal USA Limited and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held **REMOTELY OVER ZOOM** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankrupty Court for the District of Delaware, located at 824 North Market Street, 3rd Floor, Courtroom # 7, Wilmington, Delaware 19801 on **February 23, 2023 at 2:00 p.m. (ET)** on the following motions requesting certain "first day" relief (the "First Day Pleadings"), which have been filed by the Debtors in connection with their chapter 11 cases (the "Chapter 11 Cases").

| D.I. No. | First Day Pleadings |
|---|---|
| 5 | Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases (D.I. 5, filed 2/22/23). |
| 6 | Motion of the Debtors for Interim Order Authorizing the Debtors to Honor Prepetition Workforce Obligations (D.I. 6, filed 2/22/23). |
| 8 | Motion of the Debtors for Entry of an Interim Order (I) Authorizing Debtors to (A) Continue their Existing Cash Management System, (B) Maintain their Bank Accounts and Existing Business Forms, (C) Implement Changes to the Existing Cash Management System as Necessary, and (D) Continue Ordinary Course Intercompany Transactions, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines, and (III) Granting Related Relief (D.I. 8, filed 2/22/23). |
| 9 | Debtors' Motion for Interim Order (I) Authorizing The Debtors to Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Lender; (III) Waiving Any Stay of the Effectiveness of the Relief Granted; and (IV) Granting Related Relief (D.I. 9, filed 2/22/23). |

| 10 | Declaration of Jonathan Romcke in Support of Emergency Relief (D.I. 10, filed 2/22/23). |

Copies of the First Day Pleadings may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.

Dated: February 23, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Evanthea Hammer*
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
Taylor M. Haga (No. 6549)
Evanthea Hammer (No. 7061)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com
thaga@morrisnichols.com
ehammer@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*