<u>**Exhibit A**</u>

**List of Debtors and Case Numbers (with links to Voluntary Petitions)**

| Case Name | Case Number |
| --- | --- |
| Allegiance Coal USA Limited | 23-10234 |
| Black Warrior Minerals, Inc. | 23-10235 |
| New Elk Coal Holdings LLC | 23-10236 |
| New Elk Coal Company LLC | 23-10237 |