# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**ALLEGIANCE COAL USA LIMITED**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10234 (CTG)<br><br>Joint Administration Requested |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the above-captioned Debtors hereby withdraw the filing located on the Court's docket at D.I. 7.

[*Signature page follows.*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

| | |
|---|---|
| Dated: February 23, 2023<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Evanthea Hammer*<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>Taylor M. Haga (No. 6549)<br>Evanthea Hammer (No. 7061)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br>thaga@morrisnichols.com<br>ehammer@morrisnichols.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |