# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ALLEGIANCE COAL USA LIMITED, *et al.*,<br><br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No.: 23-10234 (CTG)<br><br>Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Collins St Convertible Notes Pty Ltd, as trustee for The Collins St Convertible Notes Fund ("Collins"), hereby appears by its counsel Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in these cases. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Collins through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill, Esq.
John W. Lucas, Esq.
Maxim B. Litvak, Esq.
Colin R. Robinson, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  joneill@pszjlaw.com
            jlucas@pszjlaw.com
            mlitvak@pszjlaw.com
            crobinson@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Collins, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

Collins may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: February 23, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/   James E. O'Neill*<br>James E. O'Neill, Esq. (DE Bar No. 4042)<br>John W. Lucas, Esq. (CA Bar No. 271038)<br>Maxim B. Litvak, Esq. (CA Bar No. 215852)<br>Colin R. Robinson, Esq. (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  joneill@pszjlaw.com<br>            jlucas@pszjlaw.com<br>            mlitvak@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to Collins St Convertible Notes Pty Ltd* |