**Allegiance Coal USA Limited et al., Bankr. No. 23-10234**
**Feb 23, 2023 @ 2:00 PM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Evanthea | Hammer | Allegiance Coal USA Limited | Morris, Nichols, Arsht & Tunnell LLP |
| Robert | Dehney | Allegiance Coal USA Limited | Morris, Nichols, Arsht & Tunnell LLP |
| Paige | Topper | Allegiance Coal USA Limited | Morris, Nichols, Arsht & Tunnell LLP |
| Taylor | Haga | Allegiance Coal USA Limited | Morris, Nichols, Arsht & Tunnell LLP |
| Matthew | Harvey | Allegiance Coal USA Limited | Morris, Nichols, Arsht & Tunnell LLP |
| Chris | Walker | Allegiance Coal USA Limited | |
| Jonathan | Romcke | Allegiance Coal USA Limited | |
| Jonathan | Reynolds | Allegiance Coal USA Limited | |
| Dan | Sparks | Nelson Brothers, LLC | Christian & Small, LLP |
| Nicholas | Edwards | Australian Administrator | |
| Kassandra | Adams | Australian Administrator | |
| Colin | Robinson | Collins St | Pachulski Stang Ziehl & Jones LLP |
| Nick | Torelli | Collins | |
| James | O'Neill | Collins | Pachulski Stang Ziehl & Jones LLP |
| John | Lucas | Collins | Pachulski Stang Ziehl & Jones LLP |
| Maxim | Litvak | Collins | Pachulski Stang Ziehl & Jones LLP |
| Daniel | Waxman | Indemnity National Insurance Company | KEWA Financial Inc. |
| Vasilios | Piperoglou | Collins | |
| Ron | Holzer | Collins | |
| Patrick | Holohan | Debtwire - Interested party | |
| Timothy | Fox | U.S. Trustee | Office of U.S. Trustee |
| Morris Nichols | Conference Room | Debtors | Morris, Nichols, Arsht & Tunnell |
| Scott | Flaherty | Debtwire/press | |
| Matt | Talmo | Debtors | MNAT |
| Sylvester | Miniter | Durham Capital | |
| Uday | Gorrepati | N/A (ABI Project) | |
| David | Giattino | Not Available | McDermott Will & Emery LLP |
| Eric | Schwartz | Allegiance Coal USA Limited | Morris, Nichols, Arsht & Tunnell LLP |
| Andrew | Remming | Allegiance Coal USA Limited | Morris, Nichols, Arsht & Tunnell LLP |
| Benjamin | Goldman | Not making an appearance, just observing | Hand Arendall Harrison Sale LLC |

| Jonathan | Randles | WSJ / Dow Jones | |
|---|---|---|---|
| Jeff | Kaplan | BCAS | BCAS |