**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ALLEGIANCE COAL USA LIMITED, *et al.*, | ) | Case No. 23-10234 (CTG) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCES**
**AND REQUEST FOR NOTICES AND PAPERS**

NOTICE IS HEREBY GIVEN that the undersigned hereby enters his appearance on behalf of Warrior Met Coal Land, LLC ("Warrior Met") pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon Warrior Met through service upon the undersigned at the following addresses and telephone/facsimile numbers:

David A. Felice, Esq.
Bailey & Glasser LLP
2916 Centerville Road, Suite 302
Wilmington, DE 19808
Telephone: (302) 504-6333
E-mail: dfelice@baileyglasser.com

Nicholas S. Johnson, Esq.
Bailey & Glasser LLP
1055 Thomas Jefferson St. NW
Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
Fax: (202) 463-2103
E-mail: njohnson@baileyglasser.com

Kevin W. Barrett, Esq.
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110
E-mail: kbarrett@baileyglasser.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

NOTICE IS FURTHER GIVEN that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regards to the referenced cases and proceeds therein.

NOTICE IS FURTHER GIVEN that neither this *Notice of Entry of Appearance* nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Warrior Met's (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Warrior Met is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

Dated: February 27, 2023  
Wilmington, Delaware

*/s/ David A. Felice*  
David A. Felice (#4090)  
Bailey & Glasser LLP  
2916 Centerville Road, Suite 302  
Wilmington, DE 19808  
Telephone: (302) 504-6333  
E-mail: dfelice@baileyglasser.com

-and-

Nicholas S. Johnson *(pro hac vice forthcoming)*
Bailey & Glasser LLP
1055 Thomas Jefferson St. NW
Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
Fax: (202) 463-2103
E-mail: njohnson@baileyglasser.com

-and-

Kevin Barrett *(pro hac vice forthcoming)*
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110
E-mail: kbarrett@baileyglasser.com

*Attorneys for Warrior Met Coal Land, LLC*