**Fill in this information to identify the case:**

Debtor name   Allegiance Coal USA Limited, et al.

United States Bankruptcy Court for the:   District of  Delaware
(State)

Case number (If known):   23-10234

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Warrior Met Coal Land, LLC**<br>16243 Highway 216<br>Brookwood, AL 35444 | P: 205-554-6249<br>E: suzan.sanderson@warriormetcoal.com | Royalties | **Disputed** | | | $2,000,000 |
| 2 | **Reladyne LLC**<br>P.O. Box 958669<br>St. Louis, MO 63195-8669 | P: 205-384-3422<br>E: reladyne.accounting.lch@reladyne.com | Trade Debt | | | | $1,952,696.31 |
| 3 | **Colorado Parks & Wildlife**<br>600 Reservoir Rd.<br>Pueblo, CO  81005 | P: 303-291-7729<br>E: cpw.state.co.us | Royalties | | | | $1,300,000 |
| 4 | **Pacific Minerals**<br>Unit B1, 23/F, MG Tower<br>133 Hoi Bun Road<br>Kwun Tong, Hong Kong | P: 852-2167-7311<br>E: | Customer Contract Dispute | **Disputed, Unliquidated** | | | **Unliquidated** |
| 5 | **Nelson Brothers, LLC**<br>820 Shades Creek Parkway, Ste 2000<br>Birmingham, AL 35209 | P: 205-802-5346<br>E: lwhisenant@nelbro.com | Trade Debt | | | | $1,007,591.20 |
| 6 | **BNSF Railway Company**<br>3017 Lou Menk Drive, Ste 100<br>Fort Worth, TX  76131-2800 | P:<br>E: Tara.Frahm@BNSF.com | Trade Debt | | | | $968,384 |
| 7 | **Union Pacific Railroad**<br>800 Market Street<br>St. Louis, MO  63101 | P: 402-544-7887<br>E: racash@up.com | Trade Debt | | | | $875,846.52 |

Debtor   Allegiance Coal USA Limited, et al.
         Name

Case number (if known) 23-10234

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **Thompson Tractor Co., Inc.** PO Box 934005 Atlanta, GA 31193-4005 | P: 205-841-8601 E: thompsontractor@billtrust.com | Trade Debt | | | | $695,595.44 |
| 9 | **Alabama State Port Authority** Dept #6432 PO Box 11407 Birmingham, AL 35246-6432 | P: 251-441-8078 E: | Trade Debt | | | | $521,116.24 |
| 10 | **M Resources Trading Pty Ltd** Level 37 Riverside Centre 123 Eagle St GPO Box 1068 Brisbane, Queensland 4001 | P: E: www.mresources.com.au | Marketing Agent Contract Dispute | **Disputed** | | | $482,598.07 |
| 11 | **Parker Towing Company, Inc.** 1001 3rd Street Northport, AL 35476 Brisbane, Queensland 4001 | P: 205-349-1677 E: dispatch@parkertowing.com | Trade Debt | | | | $442,150.65 |
| 12 | **West River Conveyors & Machinery Co.** 8936 Dismal River Road Oakwood, VA 24631 | P: 276-991-4450 E: tclevinger@westriverconveyors.com | Trade Debt | | | | $374,219.57 |
| 13 | **Jennmar Corp** 258 Kappa Drive Pittsburgh, PA 15238 | P: 801-775-0176 E: mfpmail@jennmar.com | Trade Debt | | | | $340,652.92 |
| 14 | **Southern Tire Mart** Dept 143 P. O. Box 1000 Memphis, TN 38148-0143 | P: 205-384-3440 E: accountstatement@stmtires.com | Trade Debt | | | | $235,743.82 |
| 15 | **First Insurance Funding** 450 Skokie Blvd, Ste 1000 North Brook, IL 60062-7917 | P: 800-837-3707 E: | Insurance | | | | $193,850.58 |
| 16 | **Minova USA, Inc.** 150 Summer Court Georgetown, KY 40324 | P: 502-863-6800 E: ar.charges@orica.com | Trade Debt | **Disputed** | | | $171,224.83 |
| 17 | **Jamas Technology, Inc.** 4960 Valleydale Road, Suite 200 Birmingham, AL 35242 | P: 205-305-4927 E: cw.jamas@gmail.com | Trade Debt | | | | $161,460.01 |
| 18 | **Bill Miller Equipment Sales, Inc.** 10200 Parkersburg Rd PO Box 112 Eckhart, Maryland 21528 | P: 301-689-1013 E: lee@bmillerequipmentsales.com | Trade Debt | | | | $157,983.09 |
| 19 | **Kern Valley Railroad, LLC** P.O. Box 26421 Salt Lake City, UT 84126 | P: 801-977-6314 E: vdavis@akrailroad.com | Trade Debt/ Royalties | | | | $126,124.23 |

Debtor    Allegiance Coal USA Limited, et al.          Case number (*if known*)  23-10234
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Hartline Supply, Inc.<br>2334 Interstate Avenue<br>Grand Junction, CO  81505 | P: 863-425-6000<br>E: Brian@hartlinesupply.com | Trade Debt | | | | $111,748.40 |
| 21 | Stirling Resources, LLC<br>2 Reservoir Road<br>P.O. Box 217<br>St. Clairsville, OH  43950 | P: 740-325-0601<br>E: ryan@murraymining.com | Trade Debt | | | | $108,134.32 |
| 22 | Blue Cross Blue Shield of Alabama<br>Payment Processing<br>P. O. Box 350037<br>Birmingham, AL 35236-0037 | P: 877-455-1030<br>E: | Insurance | | | | $104,743.59 |
| 23 | Las Animas County Treasurer<br>200 E. First Street<br>PO Box 13<br>Trinidad, CO 81082 | P: 719-846-2981<br>E: lacbookkeeper3630@lasanimascounty.org | Property Taxes | | | | $97,562.11 |
| 24 | Phillips Global, Inc.<br>367 George Street<br>Beckley, WV  25801 | P: 304-255-0537<br>E: smoore@phillipsglobal.us | Trade Debt | | | | $89,457.60 |
| 25 | Tractor & Equipment Company<br>P.O. Box 12326<br>Birmingham,  AL 35202-2326 | P: 205-591-2131<br>E: info@TEC1943.com | Trade Debt | | | | $76,542.19 |
| 26 | United Central Industrial Supply<br>2328 I-70 Frontage Road<br>Grand Junction, CO  81505 | P: 970-242-2200<br>E: ar@unitedcentral.net | Trade Debt | | | | $68,229.37 |
| 27 | Stanford Leasing Inc.<br>378 7th Ave SW<br>Graysville, AL 35073 | P: 205-674-3500<br>E: | Trade Debt | | | | $67,811.39 |
| 28 | Strata Safety Products LLC<br>8800 Roswell Road<br>Sandy Springs, GA  30350 | P: 770-321-2500<br>E: michael.middleton@strataworldwide.com | Trade Debt | | | | $65,972.42 |
| 29 | Crown Products & Services, Inc<br>319 S. Gillette Ave, Ste 303<br>Gillette, WY  82716 | P: 307-696-8175<br>E: accountsreceivable@crownps.us | Trade Debt | | | | $65,461.10 |
| 30 | World Fuel Services, Inc.<br>615 State Avenue<br>Alamosa, CO  81101 | P: 719-589-2312<br>E: cashappsland@wfscorp.com | Trade Debt | | | | $65,095.93 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Allegiance Coal USA Limited__

United States Bankruptcy Court for the: _____    District of __Delaware__
(State)

Case number (*If known*): __23-10234__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/27/2023__                ✗ __/s/ Jonathan Romcke__
MM / DD / YYYY                                     Signature of individual signing on behalf of debtor

                                                              __Jonathan Romcke__
                                                              Printed name

                                                              __Chief Executive Officer__
                                                              Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**