**Allegiance Coal USA Limited, et al. Case No. 23-10234**

Feb 28, 2023 @ 4:30 PM

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| John | Lucas | Collins St. | Pachulski Stang Ziehl & Jones |
| Robert | Dehney | Debtors | Morris, Nichols, Arsht & Tunnell LLP |
| Matthew | Harvey | Debtors | Morris, Nichols, Arsht & Tunnell LLP |
| Paige | Topper | Debtors | Morris, Nichols, Arsht & Tunnell LLP |
| Taylor | Haga | Debtors | Morris, Nichols, Arsht & Tunnell LLP |
| Timothy | Fox | U.S. Trustee | Office of the U.S. Trustee |
| Evanthea | Hammer | Debtors | Morris, Nichols, Arsht & Tunnell LLP |
| James | O'Neill | Collins ST | Pachulski Stang Ziehl & Jones LLP |
| Kevin | Barrett | Warrior Met Coal Land, LLC | Bailey & Glasser, LLP |
| Daniel | Waxman | Indemnity National Insurance Company | KEWA Financial Inc. |
| David | Gaffey | '- | Whiteford, Taylor & Preston, LLP |
| Morris Nichols | Conference Room | Debtors | Morris, Nichols, Arsht & Tunnell LLP |