## Exhibit 1

## Budget

**Allegiance Coal USA et al.**
*Forecast dated 3.2.2023*
*US$ in Thousands*

| Week #<br>Week Ending | | 1<br>3/10/2023 | | 2<br>3/17/2023 | | 3<br>3/24/2023 | | Total |
|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | |
| Coal Sales | $ | 3,233 | $ | 4,173 | $ | 929 | $ | 8,335 |
| Other Receipts | $ | - | $ | - | $ | - | $ | - |
| **Total Receipts** | $ | 3,233 | $ | 4,173 | $ | 929 | $ | 8,335 |
| | | | | | | | | |
| **Operating Disbursements** | | | | | | | | |
| Payroll | $ | (500) | $ | (275) | $ | (500) | $ | (1,275) |
| Other Disbursements | $ | (2,300) | $ | (1,825) | $ | (2,300) | $ | (6,425) |
| **Total Operating Disbursements** | $ | (2,800) | $ | (2,100) | $ | (2,800) | $ | (7,700) |
| | | | | | | | | |
| **Net Cash Flow From Operations** | $ | 433 | $ | 2,073 | $ | (1,871) | $ | 635 |
| | | | | | | | | |
| **Restructuring Disbursements** | | | | | | | | |
| Financial Advisor – Retainer | $ | (100) | | | | | $ | (100) |
| **Total Restructuring Disbursements** | $ | (100) | $ | - | $ | - | $ | (100) |
| | | | | | | | | |
| **Total Cash Flow** | $ | 333 | $ | 2,073 | $ | (1,871) | $ | 535 |
| | | | | | | | | |
| **Beginning Cash Balance** | $ | 2,919 | $ | 3,252 | $ | 5,326 | $ | 2,919 |
| **Ending Cash Balance** | $ | 3,252 | $ | 5,326 | $ | 3,454 | $ | 3,454 |

*Note 1: retainers for Debtor's Financial Advisor and Legal Counsel are subject to employment approval by the Court.*
*Note 2: beginning cash balance on 3/10 represents estimated ending balance on 3/3 based on actual activity up to 3/2.*