IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEGIANCE COAL USA LIMITED, *et al.*, | Case No. 23-10234 (CTG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of RelaDyne, LLC ("**RelaDyne**") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affects RelaDyne or these chapter 11 bankruptcy cases to be served upon:

> A.J. Webb (Ohio Bar No. 0093655)
> **FROST BROWN TODD LLP**
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, Ohio 45202
> Tel: 513-651-6800
> Fax: 513-651-6981
> Email:  awebb@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

nor is it a consent to jurisdiction of the Bankruptcy Court over RelaDyne, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to RelaDyne is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments RelaDyne expressly reserves.

March 6, 2023	Respectfully submitted,

**FROST BROWN TODD LLP**

*/s/ A.J. Webb*
A.J. Webb (Ohio Bar No. 0093655)
**FROST BROWN TODD LLP**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: 513-651-6800
Fax: 513-651-6981
Email: awebb@fbtlaw.com

**COUNSEL FOR RELADYNE, LLC**

## CERTIFICATE OF SERVICE

I, A.J. Webb, hereby certify that on March 6, 2023, I served the foregoing *Notice of Appearance and Request for Notices* on those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ A.J. Webb*
A.J. Webb
