**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALLEGIANCE COAL USA LIMITED, *et al.*,[1] | ) | Case No. 23-10234 (CTG) |
| | ) | |
| Debtors. | ) | Jointly Administered. |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned, Gary D. Bressler, Esquire, and David P. Primack, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appear for Crum & Forster Specialty Insurance Company ("Crum & Forster"), and, pursuant to Rules 2002(g), 2002(i), and 9007, request, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile number set forth below:

| Gary D. Bressler, Esq. | David P. Primack, Esq. |
|---|---|
| **McElroy, Deutsch, Mulvaney & Carpenter, LLP** | **McElroy, Deutsch, Mulvaney & Carpenter, LLP** |
| 300 Delaware Avenue, Suite 1014 | 300 Delaware Avenue, Suite 1014 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (T): (302) 300-4515; (F): (302) 654-4031 | (T): (302) 300-4515; (F): (302) 654-4031 |
| gbressler@mdmc-law.com | dprimack@mdmc-law.com |

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements (or any drafts, thereof), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court to the above address.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

PLEASE TAKE FURTHER NOTICE that Crum & Forster does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Crum & Forster for such purpose.

|  |  |
|---|---|
|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated: March 6, 2023 | */s/ Gary D. Bressler* <br> Gary D. Bressler, Esq. (No. 5544) <br> David P. Primack, Esq. (No. 4449) <br> 300 Delaware Avenue, Suite 1014 <br> Wilmington, DE 19801 <br> Telephone: 302-300-4515 <br> Facsimile: 302-654-4031 <br> E-mail: gbressler@mdmc-law.com <br>         dprimack@mdmc-law.com |
|  | *Attorneys for Crum & Forster Specialty Insurance Company* |