**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491     FAX (302) 573-6497**

| | |
|---|---|
| **ANDREW R. VARA** | **JOSEPH J. MCMAHON JR.** |
| **UNITED STATES TRUSTEE** | **ASSISTANT U.S. TRUSTEE** |

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the U. S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTOR**:   Allegiance Coal USA Limited, *et al.*,

**CASE NO:**   Case No. 23-10234 (CTG) through Case No. 23-10237 (CTG)

**DATE:**   Friday, March 31, 2023

**TIME:**   2:00 p.m. ET

**LOCATION:**   **J. Caleb Boggs Federal Building, 844 King Street, Wilmington, DE 19801, Third Floor, Room 3209.** Please note that this meeting may be held telephonically.

By:   /s/ *Timothy J. Fox*
       Timothy J. Fox, Jr.
       Trial Attorney

Dated:  March 9, 2023

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE.   IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**