IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**ALLEGIANCE COAL USA LIMITED**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10234 (CTG)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 14, 2023, counsel to the above-captioned debtors and debtors in possession caused copies of *Debtors' Notice of Deposition of Collins St Convertible Notes Pty Ltd, as Trustee for the Collins St Convertible Notices Fund, Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bank. P. 7030* (D.I. 102), *Notice of Deposition of Nick Torelli* (D.I. 103), *Notice of Deposition of Vasilios Piperoglou* (D.I. 104) and *Debtors' First Set of Discovery Requests Directed to Collins St Convertible Notes Pty Ltd, as Trustee for the Collins St Convertible Notes Fund* to be served in the manner indicated on the parties listed in **Exhibit A**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

|  |  |
|---|---|
| Dated: March 14, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br><u>*/s/ Evanthea Hammer*</u><br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>Taylor M. Haga (No. 6549)<br>Evanthea Hammer (No. 7061)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br>thaga@morrisnichols.com<br>ehammer@morrisnichols.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |