UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                    Bankr. Case No. 23-10235

Black Warrior Minerals, Inc.                                   Chapter 11

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX 76096

                                                       By   /s/ Lorenzo Nunez

                                                       Lorenzo Nunez
                                                       PO Box 183853
                                                       Arlington, TX 76096
                                                       877-203-5538
                                                       877-259-6417
                                                       Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                                             Bankr. Case No. 23-10235

Black Warrior Minerals, Inc.                                                    Chapter 11

     Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to the following individuals on March 14, 2023 :

Robert J. Dehney  
Morris, Nichols, Arsht & Tunnell  
1201 N. Market Street  
P O. Box 1347  
Wilmington, DE 19899-1347

US Trustee  
844 King Street, Suite 2207  
Lockbox 35  
Wilmington, DE 19801

By /s/ Lorenzo Nunez  
     Lorenzo Nunez

xxxxx16215 / 1068535