UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                                                       Bankr. Case No. 23-10235-CTG

Black Warrior Minerals, Inc.                                                                     Chapter 11
      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Americredit Financial Services, Inc. dba GM Financial
                PO Box 183853
                Arlington, TX  76096

                By  /s/ Mandy Youngblood

                Mandy Youngblood
                PO Box 183853
                Arlington, TX  76096
                877-203-5538
                877-259-6417
                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                                   Bankr. Case No. 23-10235-CTG

Black Warrior Minerals, Inc.                                                              Chapter 11
    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to the following individuals on March 14, 2023 :

| | |
|---|---|
| Robert J. Dehney<br>1201 N. Market Street<br>P O. Box 1347<br>Wilmington, DE 19899-1347 | US Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx44499 / 1068538