**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ALLEGIANCE COAL USA LIMITED, *et al.*,[1] | ) | Case No. 23-10234 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF SUBMISSION OF CREDIT DOCUMENTS**

Collins St Convertible Notes Pty Ltd, as trustee for The Collins St Convertible Notes Fund

(the "Noteholder"), submits the below credit documents attached hereto as Exhibits 1 through 26.

| Exhibit No. | Description |
|---|---|
| 1. | Deed of Variation (Amendment) re Convertible Note Agreement |
| 2. | Convertible Note Agreement |
| 3. | Deed of Guarantee, Indemnity and Charge |
| 4. | Specific Security Deed - |
| 5. | Guaranty and Security Agreement |
| 6. | Amendment to Guaranty and Security Agreement |
| 7. | Black Warrior \| New Elk Motor Vehicle Security Agreement |
| 8. | Subordination Agreement |
| 9. | RECORDED Black Warrior Leasehold Mortgage, Security Agreement |
| 10. | RECORDED New Elk Deed of Trust to Public Trustee, Mortgage, Security Agreement, Assignment of Production and Proceeds, Financing Statement and Fixture Filing |
| 11. | Allegiance Coal USA BMO Harris Bank DACA (Acct 1654508) |
| 12. | Black Warrior Minerals - BMO Harris Bank DACA (Acct 1842707) |
| 13. | Black Warrior Minerals - ServisFirst Bank DACA DACA (Acct. Nos. 5001236792, 5001236768, and 100008390) |
| 14. | New Elk Coal Company BMO Harris Bank DACA (Acct 1212505) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The location of the Debtors' service address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, Colorado 81091.

| Exhibit No. | Description |
|---|---|
| 15. | Secretary's Certificate of Allegiance Coal USA Limited |
| 16. | Secretary's Certificate of New Elk Coal Company LLC |
| 17. | Secretary's Certificate of New Elk Coal Holdings LLC |
| 18. | Allegiance Coal Ltd - DC UCC-1 Filings |
| 19. | Allegiance Coal USA Ltd - DE UCC-1 Filings |
| 20. | Black Warrior Minerals Inc. - Jefferson County AL – UCC-1 Filings |
| 21. | Black Warrior Minerals Inc. - AL UCC-1 Filings |
| 22. | New Elk Coal Company LLC - Las Animas County, CO - UCC-1 Filings |
| 23. | New Elk Coal Company LLC CO UCC-1 Filings |
| 24. | New Elk Coal Holdings LLC - DE UCC-1 Filings |
| 25. | North Central Energy Company - CO UCC-1 Filings |
| 26. | Raton Basin Analytic LLC - CO UCC-1 Filings |

Respectfully Submitted,
Dated:  March 14, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Maxim B. Litvak (CA Bar No. 215852)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  joneill@pszjlaw.com
           jlucas@pszjlaw.com
           mlitvak@pszjlaw.com

*Counsel for the Noteholder*

DOCS_SF:108544.1 15325/001