**Exhibit 18**
**ALLEGIANCE COAL LTD - DC UCC-1**

2020 HURLEY WAY, SUITE 350
SACRAMENTO, CA 95825
www.clasinfo.com



800.952.5696
TEL: 916.564.7800
FAX: 916.564.7900

## SEARCH REPORT

| ACCOUNT NUMBER: 3799<br>CONTACT: PATRICIA JEFFRIES<br>COMPANY: PACHULSKI STANG ZIEHL & JONES LLP<br>CLIENT REFERENCE NUMBER: 15325.001 | JOB NUMBER: 459347<br>DATE: 02/13/2023<br>PAGE 1 OF 1<br>SERVICE REP: DENA WEAVER/SG |
|---|---|

### ENTITY NAME: ALLEGIANCE COAL LTD

#### DISTRICT OF COLUMBIA

**UCC FILINGS Thru: 02/08/2023**

| DOCUMENT NUMBER: | 2022055378 |
|---|---|
| FILE DATE: | 05/20/2022 |
| SECURED PARTY: | **COLLINS ST CONVERTIBLE NOTES PTY LTD ACN 657 773 754, AS TRUSTEE FOR COLLINS ST CONVERTIBLE NOTE FUND** |
| UCC-3 FILING(S): | **AMENDMENT FILED 05/24/2022; DOCUMENT NUMBER 2022056331** |

**PLEASE NOTE:**

FOR AN UNDETERMINED PERIOD OF TIME, THE D.C. RECORDER OF DEEDS FILED UCC-3'S ONLY UNDER THE NAME OF THE SECURED PARTY. THE RECORDER OF DEEDS IS ATTEMPTING TO CORRECT THIS ERROR MOVING FORWARD, BUT WILL NOT ACCOUNT FOR FILINGS ALREADY IN THE SYSTEM. WE CANNOT GUARANTEE THAT ALL UCC-3 FILINGS FOR THIS DEBTOR WILL BE REFLECTED. THE D.C. RECORDER OF DEEDS DOES NOT VERIFY ORIGINAL FILING NUMBERS ON UCC-3 FILINGS, THEREFORE, UCC-3S CAN BE FILED AGAINST INCORRECT OR INVALID DOCUMENTS.

COPIES ENCLOSED.

CLAS INFORMATION SERVICES IS NOT LIABLE FOR ANY ERRORS OR OMISSIONS ON THE PART OF ANY OTHER SEARCH COMPANY, SEARCHER, FILING OFFICER OF ANY PUBLIC RECORDS CUSTODIAN, CLERK OR REPRESENTATIVES OF THE COURT, OR REPRESENTATIVES OF ANY LOCAL, STATE, OR FEDERAL GOVERNMENT. THE RESPONSIBILITY FOR VERIFICATION OF RECORDS AND OR INDICES AND DETERMINATION OF THE INFORMATION THEREIN LIES WITH THE FILING OFFICE. CLAS PROVIDES THE INFORMATION AND RELATED DOCUMENTATION AS A SERVICE BASED ON OUR CLIENTS EXPLICIT INSTRUCTION AS TO THE ENTITY OR INDIVIDUAL NAME(S) AND TYPES OF LIEN(S) ALTHOUGH CLAS MAY SUGGEST NAME VARIATIONS, LOCATIONS TO SEARCH AND INDICES TO SEARCH, IT IS UNDERSTOOD THAT OUR CLIENTS ARE FULLY RESPONSIBLE FOR THE CONTENT OF THEIR INSTRUCTIONS. CLAS ACCEPTS NO RESPONSIBILITY FOR THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN THE INDICES. IF THE INFORMATION CONTAINED IN THIS REPORT OR INVOICE IS BEING USED FOR REVISED ARTICLE 9 PURPOSES, WE RECOMMEND OBTAINING A FILED COPY OF THE ORGANIZATIONAL DOCUMENTS. CLAS'S TOTAL LIABILITY FOR CLAIMS, DAMAGES AND CAUSES OF ACTION SHALL NOT EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR SUCH SERVICES.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | |

CCS
3 Claridge Dr, Ste 3
Verona, NJ 07044

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME**: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Allegiance Coal Limited | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Suite 107, 109 Pitt Street | Sydney | NSW | 2000 | AUS |

2. **DEBTOR'S NAME**: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Atlit Coal Limited | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Suite 107, 109 Pitt Street | Sydney | NSW | 2000 | AUS |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Level 9, 365 Little Collins Street | Melbourne | VIC | 3000 | AUS |

4. **COLLATERAL**: This financing statement covers the following collateral:

All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
For Filing with the D.C. Recorder of Deeds/1001424.0001

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

DCUCCIPNAT - 06/27/2013 Wolters Kluwer Online

```
Doc #: 2022055378
Filed & Recorded
05/20/2022 11:32 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES         $25.00
   SURCHARGE              $6.50
TOTAL:                    $31.50
```

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CCS
3 Claridge Dr., Ste. 3
Verona, NJ 07044

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2022055378

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3. ☐ ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. ☑ PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☑ Secured Party of record
AND Check one of these three boxes to:
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME**
Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund

**7a. ORGANIZATION'S NAME**
Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund

**7c. MAILING ADDRESS:** Level 9, 365 Little Collins Street
**CITY:** Melbourne
**POSTAL CODE:** VIC 3000
**COUNTRY:** AUS

**8. ☐ COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**
Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund

**10. OPTIONAL FILER REFERENCE DATA:**
For filing with the D.C. Recorder of Deeds/1001424.0001    Allegiance Coal Limited

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

```
Doc #: 2022056331
Filed & Recorded
05/24/2022 08:51 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES          $25.00
   SURCHARGE                $6.50
TOTAL:                     $31.50
```