**Exhibit 19**
**ALLEGIANCE COAL USA LTD - DE UCC-1 FILINGS**

# Delaware
## The First State

Page 1

CERTIFICATE

SEARCHED FEBRUARY 10, 2023 AT 3:13 P.M.
FOR DEBTOR, ALLEGIANCE COAL USA LTD

```
 1 OF 4            FINANCING STATEMENT                    20218177967
                EXPIRATION DATE: 10/13/2026
 DEBTOR:    ALLEGIANCE COAL USA LIMITED

            1550 17TH ST STE 500                ADDED    10-13-21

            DENVER, CO US 80202

 SECURED:   JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

            6400 NW 86TH ST                     ADDED    10-13-21

            JOHNSTON, IA US 50131
```

*F I L I N G   H I S T O R Y*

20218177967    FILED 10-13-21    AT 11:34 A.M.    FINANCING STATEMENT

```
 2 OF 4            FINANCING STATEMENT                    20219566010
                EXPIRATION DATE: 11/24/2026
 DEBTOR:    ALLEGIANCE COAL USA LIMITED

            CORPORATION TRUST CENTER,           ADDED    11-24-21

            1209 ORANGE ST.

            WILMINGTON, DE US 19801
```



*Jeffrey W. Bullock, Secretary of State*

20241969564-UCC11                                   Authentication: 202689985
SR# 20230470453                                              Date: 02-10-23
You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware
## The First State

Page 2

```
SECURED:     NEBARI NATURAL RESOURCES CREDIT FUND I, LP

             130 5TH AVENUE,                        ADDED    11-24-21

             FIFTH FLOOR

             NEW YORK, NY US 10011


                         F I L I N G   H I S T O R Y

   20219566010    FILED 11-24-21   AT 3:17 P.M.    FINANCING STATEMENT

   20224367140    FILED 05-24-22   AT 3:18 P.M.    TERMINATION


      3 OF 4             FINANCING STATEMENT                20224271441
                   EXPIRATION DATE: 05/20/2027
DEBTOR:      ALLEGIANCE COAL USA LIMITED

             SUITE 107, 109 PITT STREET            ADDED    05-20-22

             SYDNEY, NS AU 2000

SECURED:     COLLINS ST CONVERTIBLE NOTES PTY LTD CAN 657 773 754,
             AS TRUSTEE FOR COLLINS ST CONVERTIBLE NOTE FUND

             LEVEL 9, 365 LITTLE COLLINS STREET    ADDED    05-20-22

             MELBOURNE, VI AU 3000                 REMOVED  05-25-22

SECURED:     COLLINS ST CONVERTIBLE NOTES PTY LTD ACN 657 773 754,
```



# Delaware
## The First State

```
                AS TRUSTEE FOR COLLINS ST CONVERTIBLE NOTE FUND

                LEVEL 9, 365 LITTLE COLLINS STREET      ADDED    05-25-22

                MELBOURNE, VI AU VIC3000



                          F I L I N G   H I S T O R Y

      20224271441    FILED 05-20-22    AT 12:22 P.M.    FINANCING STATEMENT

      20224415204    FILED 05-25-22    AT 4:26 P.M.     AMENDMENT



         4 OF 4            FINANCING STATEMENT                   20224622809
                    EXPIRATION DATE: 06/02/2027
       DEBTOR:      ALLEGIANCE COAL USA LIMITED

                    1550 17TJ ST STE 500                ADDED    06-02-22

                    DENVER, CO US 80202

       SECURED:     JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

                    6400 NW 86TH ST                     ADDED    06-02-22

                    JOHNSTON, IA US 50131



                          F I L I N G   H I S T O R Y

      20224622809    FILED 06-02-22    AT 9:38 A.M.     FINANCING STATEMENT
```



*Jeffrey W. Bullock, Secretary of State*

# Delaware
### The First State

*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, ALLEGIANCE COAL USA LTD AS OF FEBRUARY 1, 2023 AT 11:59 P.M.*



20241969564-UCC11  
SR# 20230470453  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202689985  
Date: 02-10-23

Jeffrey W. Bullock, Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
(515) 267-3000

B. E-MAIL CONTACT AT FILER (optional)
JDFUCCFILINGS@JOHNDEERE.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

JOHN DEERE FINANCIAL
6400 N.W. 86TH STREET
JOHNSTON, IA 50131
US

Delaware Department of State
U.C.C. Filing Section
Filed: 11:34 AM 10/13/2021
U.C.C. Initial Filing No: 2021 8177967

Service Request No: 20213499619

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ALLEGIANCE COAL USA LIMITED | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1550 17TH ST STE 500 | DENVER | CO | 80202 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6400 NW 86TH ST | JOHNSTON | IA | 50131 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
HITACHI EX36 EX3600-7 MINING EXCAVATOR S/N: 007003  CF 29 YARD BUCKET P/N: 29  CF 29 YARD BUCKET P/N: 29  FQSBEAR FIRE SUPRESSION SYSTEM P/N: ESSION  together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
4703008

International Association of Commercial Administrator

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Cathi Walker   414.319.7140

**B. E-MAIL CONTACT AT FILER (optional)**
cwalker@foley.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Cathi Walker
Foley & Lardner LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202

Delaware Department of State
U.C.C. Filing Section
Filed: 03:17 PM 11/24/2021
U.C.C. Initial Filing No: 2021 9566010

Service Request No:   20213898217

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Allegiance Coal USA Limited** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **Corporation Trust Center, 1209 Orange St.** | **Wilmington** | **DE** | **19801** | **USA** |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Nebari Natural Resources Credit Fund I, LP** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **130 5th Avenue, Fifth Floor** | **New York** | **NY** | **10011** | **USA** |

**4. COLLATERAL:** This financing statement covers the following collateral:

**All assets.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
To be filed with the Delaware Secretary of State

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Stephanie McFaul

**B. E-MAIL CONTACT AT FILER (optional)**
smcfaul@foley.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202

Delaware Department of State
U.C.C. Filing Section
Filed: 03:18 PM 05/24/2022
U.C.C. Initial Filing No: 2021 9566010
Amendment No: 2022 4367140
Service Request No: 20222277077

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2021 9566010

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address ☐ ADD name ☐ DELETE name

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**
Nebari Natural Resources Credit Fund I, LP

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
To be filed with DE SOS - Allegiance Coal USA Limited (Debtor)

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Delaware Department of State
U.C.C. Filing Section
Filed: 12:22 PM 05/20/2022
U.C.C. Initial Filing No: 2022 4271441

Service Request No: 20222175467

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |
|---|
| Allegiance Coal USA Limited |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Suite 107, 109 Pitt Street | Sydney | NSW | 2000 | AUS |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |
|---|
|  |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Level 9, 365 Little Collins Street | Melbourne | VIC | 3000 | AUS |

**4. COLLATERAL:** This financing statement covers the following collateral:

All Assets.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
For filing with the Delaware Secretary of State/1001424.0001

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

DEUCC1PNAT - 06/27/2013 Wolters Kluwer Online

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Delaware Department of State
U.C.C. Filing Section
Filed: 04:26 PM 05/25/2022
U.C.C. Initial Filing No: 2022 4271441
Amendment No: 2022 4415204
Service Request No: 20222326897

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a.** INITIAL FINANCING STATEMENT FILE NUMBER
**2022 4271441**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: ☐ Debtor or ☑ Secured Party of record

AND Check one of these three boxes to:
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
**Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund**

6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME
**Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund**

7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Level 9, 365 Little Collins Street | Melbourne | | VIC 3000 | AUS |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund**

9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**
For filing with the Delaware Secretary of State / 1001424.0001

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| UCC DEPARTMENT (515)267-3000 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| JDFUCCFILINGS@JOHNDEERE.COM |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

    JOHN DEERE FINANCIAL
    6400 N.W. 86TH STREET
    JOHNSTON, IA 50131
    US

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 09:38 AM 06/02/2022
U.C.C. Initial Filing No: 2022 4622809

Service Request No: 20222595434

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| ALLEGIANCE COAL USA LIMITED |||||
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) || SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1550 17TJ ST STE 500 | DENVER | CO | 80202 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) || SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY |||||
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) || SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6400 NW 86TH ST | JOHNSTON | IA | 50131 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
JOHN DEERE 844K 844K 4WD LOADER S/N: 671226  TAG 12.0 YD COAL BUCKET P/N: 12.0  TAG 7.75 YD BUCKET P/N: 7.75  together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
4889009

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)