**Exhibit 20**
**BLACK WARRIOR MINERALS - Jefferson County AL – UCC-1 FILINGS**



2020 HURLEY WAY, SUITE 350
SACRAMENTO, CA 95825
www.clasinfo.com

800.952.5696
TEL: 916.564.7800
FAX: 916.564.7900

# SEARCH REPORT

| ACCOUNT NUMBER: 3799 | JOB NUMBER: 459347 |
|---|---|
| CONTACT: PATRICIA JEFFRIES | DATE: 02/13/2023 |
| COMPANY: PACHULSKI STANG ZIEHL & JONES LLP | PAGE 1 OF 1 |
| CLIENT REFERENCE NUMBER: 15325.001 | SERVICE REP: DENA WEAVER/SG |

## ENTITY NAME: BLACK WARRIOR MINERALS, INC.

### JEFFERSON COUNTY, ALABAMA

**UCC/FIXTURE FILINGS Thru: 02/09/2023**

| DOCUMENT NUMBER: | 2023011712 |
|---|---|
| FILE DATE: | 02/10/2023 |
| SECURED PARTY: | WARRIOR MET COAL LAND, LLC |

| DOCUMENT NUMBER: | 2022057223 |
|---|---|
| FILE DATE: | 05/23/2022 |
| SECURED PARTY: | COLLINS ST CONVERTIBLE NOTES PTY LTD ACN 657 773 754, AS TRUSTEE FOR COLLINS ST CONVERTIBLE NOTE FUND |

**PLEASE NOTE:**

SOME JURISDICTIONS DO NOT INDEX ALL DOCUMENTS THAT HAVE FIXTURE FILING IN THE TITLE, AS FIXTURE FILINGS (DEED OF TRUST, FIXTURE FILING, ETC.). DOCUMENTS THAT ARE NOT INDEXED AS A FIXTURE FILING, MAY NOT BE INCLUDED IN RESULTS.

COPIES ENCLOSED.

CLAS INFORMATION SERVICES IS NOT LIABLE FOR ANY ERRORS OR OMISSIONS ON THE PART OF ANY OTHER SEARCH COMPANY, SEARCHER, FILING OFFICER OF ANY PUBLIC RECORDS CUSTODIAN, CLERK OR REPRESENTATIVES OF THE COURT, OR REPRESENTATIVES OF ANY LOCAL, STATE, OR FEDERAL GOVERNMENT. THE RESPONSIBILITY FOR VERIFICATION OF RECORDS AND OR INDICES AND DETERMINATION OF THE INFORMATION THEREIN LIES WITH THE FILING OFFICE. CLAS PROVIDES THE INFORMATION AND RELATED DOCUMENTATION AS A SERVICE BASED ON OUR CLIENTS EXPLICIT INSTRUCTION AS TO THE ENTITY OR INDIVIDUAL NAME(S) AND TYPES OF LIEN(S) ALTHOUGH CLAS MAY SUGGEST NAME VARIATIONS, LOCATIONS TO SEARCH AND INDICES TO SEARCH, IT IS UNDERSTOOD THAT OUR CLIENTS ARE FULLY RESPONSIBLE FOR THE CONTENT OF THEIR INSTRUCTIONS. CLAS ACCEPTS NO RESPONSIBILITY FOR THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN THE INDICES. IF THE INFORMATION CONTAINED IN THIS REPORT OR INVOICE IS BEING USED FOR REVISED ARTICLE 9 PURPOSES, WE RECOMMEND OBTAINING A FILED COPY OF THE ORGANIZATIONAL DOCUMENTS. CLAS'S TOTAL LIABILITY FOR CLAIMS, DAMAGES AND CAUSES OF ACTION SHALL NOT EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR SUCH SERVICES.

County Division Code: AL039 Inst. # 202205723 Pages: 1 of 9 I certify this instrument filed on 8/29/2022 10:13 AM
Doc: UCC 7 Judge of Probate Jefferson County, AL Rec: $47.00
Clerk: CSBESS

Case 23-10324-CTG    Doc 110-20    Filed 03/14/23    Page 3 of 14

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CCS
3 Claridge Dr, Ste. 3
Verona, NJ 07044

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Black Warrior Minerals, Inc. | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4788 Hwy 78 | Cordova | AL | 35550 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Level 9, 365 Little Collins Street | Melbourne | VIC | 3000 | AUS |

4. COLLATERAL: This financing statement covers the following collateral:

All of the right, title, and interest of Debtor to: (i) all Equipment, (ii) Goods, and (iii) Inventory and Fixtures, all within Jefferson County, Alabama, and located on the land and property on the included Exhibit A.

INSTRUMENT SECURES THE DEBTOR'S CONTINGENT GUARANTY OBLIGATIONS AND IT DOES NOT SECURE AN INDEBTEDNESS OR DEBT IN A CERTAIN AMOUNT. BECAUSE IT IS UNCERTAIN IF OR WHEN THE MORTGAGOR WILL BE CALLED ON TO PAY THE GUARANTEED OBLIGATION, NO MORTGAGE TAX IS DUE. SEE EX PARTE JIM WALTERS RESOURCES, INC., 91 So.3d 50 (Ala. Jan. 6, 2012).

Mortgage: none

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
For filing with the Office of the Judge of Probate of Jefferson County, Alabama

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
ALUCC1PNAT - 06/30/2014 Wolters Kluwer Online

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**Black Warrior Minerals, Inc.**

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)  SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
**Black Warrior Minerals, Inc.**

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)  SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
**See attached description on Exhibit A**

16. Description of real estate:
**See attached description on Exhibit A**

17. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

EXHIBIT A

DESCRIPTION OF LAND AND ENCUMBERED LEASES

|  | Leasehold Estate | Legal Description |
|---|---|---|
| Leasehold 1 | Coal Mining Lease, dated February 20, 2014, between Black Warrior Minerals, Inc. and Jefferson Tree Farms, as renewed, and as recorded by the officer of the Judge of Probate of Jefferson County Instrument #2021132711. | Jefferson County, AL: Township 15 South, Range 3 west. Section 10: W 1/2 of the SW 1/4. Surface rights only. |
| Leasehold 2 | Coal Mining Lease, dated May 30, 2014, between Black Warrior Minerals, Inc., Matthew W. Kennamer, William H. Willis and Mary T. Willis, as renewed, and as recorded by the officer of the Judge of Probate of Jefferson County Instrument #2021132711. | Jefferson County, AL: Township 15 South, Range 3 west. Section 10: E 1/2 of the SW 1/4. Surface rights only. |
| Leasehold 3 | Coal Mining Lease, dated May 21, 2013, between Black Warrior Minerals, Inc., M, LLC and M1, LLC, as renewed, and as recorded by the officer of the Judge of Probate of Jefferson County Instrument #2021132710. | Jefferson County, AL: Township 15 South, Range 3 west. (i) Section 16: NE 1/4 of NE 1/4 and N 1/2 of the SE 1/4 of NE 1/4. Surface rights only; and (ii) Section 15: N 1/2 of NW 1/4, NE 1/4, A part of the N 1/2 of the SE 1/4 lying North of creek. Surface rights only. |
| Leasehold 4 | Coal Mining Lease, dated June 3, 2015, between Black Warrior Minerals, Inc., Kenneth S. Rogers and Eileen Rogers, as renewed, and as recorded by the officer of the Judge of Probate of | Jefferson County, AL: Section 15 Township 15 South, Range 3 west, All that part of the S 1/2 of the NW 1/4 lying north of unnamed creek. Surface rights only. |

|  | Jefferson County Instrument #2021132709. |  |
|---|---|---|
| Leasehold 5 | Coal Mining Lease, dated January 12, 2012, between Black Warrior Minerals, Inc. and Sumlearan, LLC, as renewed by that certain Amendment of Coal Mining Lease, dated January 5, 2019, as recorded by the officer of the Judge of Probate of Jefferson County Instrument #'s 2021132713 and 2021132714. | **Parcel I**<br><br>Tract I: The South 1/2 of the NE 1/4 of the NE 1/4 of Section 9, Township 15 South, Range 3 West, Jefferson County, Alabama<br><br>LESS AND EXCEPT that part conveyed to James Ronald Rogers In Instrument #200409-7880 being described as follows: Commence at the SW corner of the NE 1/4 of the NE 1/4 of Section 9, Township 15 South, Range 3 West, and run North along the West line thereof for 480.16 feet to the point of beginning of the herein described tract thence from this point of beginning continue along the last, named course for 185.0 feet thence angle right 91 degrees, 20 minutes, 50 seconds for 71.10 feet, thence angle right 88 degrees, 39 minutes, 10 seconds for 185.0 feet thence angle right 91 degrees, 20 minutes, 50 seconds for 71.10 feet to the point of beginning.<br><br>Tract 2: The NE 1/4 of the SE 1/4 of the NE 1/4 of Section 9, Township 15 South, Range 3 West, Jefferson County, Alabama<br><br>Tract 3: The South 1/2 of the SE 1/4 of the NE 1/4 of Section 9, Township 15 South, Range 3 West, Jefferson County Alabama.<br><br>Tract 4: The North 1/2 of the SE 1/4 of Section 9, Township 15 South, Range 3 West, Jefferson County, Alabama.<br><br>**Parcel II**<br><br>The SW 1/4 of the NE 1/4 of Section 9, Township 15 South, Range 3 West, Jefferson County, Alabama.<br><br>LESS AND EXCEPT that part conveyed to Michael Stevenson Thomas, Sr. and Michael Stevenson Thomas, Jr. In Inst. No. 200403-673 described as follows: Begin at the NW corner of the SW 1/4 of the NE 1/4 of Section 9, Township 15 South, Range 3 West and run South along the West line of said 1/4 1/4 for 609.23 feet to an existing capped rebar being the SE corner of lot 1, Dogwood Bend, Phase II, recorded In Map Book 188, Page 14; thence turn 113 degrees, 10 minutes, 23 seconds left, Northeasterly along the Northerly right of way of Sardis Road for 57.63 feet to a curve to the left having a central angle of 10 degrees, 00 minutes, 55 seconds and a radius of 1214.85 feet thence run along the arc of said curve for 212.36 feet to a curve to the left having a central angle of 11 degrees, 08 minutes, 08 seconds and a radius of 770.11 feet thence run along the Arc of said curve 149.67 feet thence continue tangent to said curve for 204.18 feet to a curve to the left having a central angle of 8 degrees, 36 minutes, 05 seconds and a radius of 1327.07 feet thence run along the arc if the said curve for 199.22 feet thence continue tangent to said curve for 126.11 feet thence turn 127 degrees, 29 minutes, 05 seconds left. Westerly for a 459.94 feet to a 1 inch solid bar, thence turn 0 degrees 23 minutes, 13 seconds right, for 250.48 feet to the point of beginning. |

ALSO LESS AND EXCEPT a triangle 30 feet on each side in the extreme Northeast corner of the SW 1/4 of the NE 1/4

ALSO LESS AND EXCEPT that part conveyed to Cecil and Janice Hatcher described as follows: Begin at the northeast corner of SW 1/4 of the NE 1/4 of Section 9, Township 15 South, Range 3 West and run South along the east line thereof for 434.79 feet; thence angle right 90 degrees, 59 minutes, 45 seconds for 200.40 feet; thence angle right 89 degrees, 00 minutes, 15 seconds for 434.79 feet to the north line of said 1/4 1/4 thence angle right 90 degrees, 59 minutes, 45 seconds and run east along the said north line of said 1/4 1/4 section for 200.40 feet to the point of beginning.

**Parcel III**

Commence at the Southeast corner of the NW 1/4 of the NE 1/4 of section 9, township 15 south, range 3 west and run north along the east line thereof for 108.42 feet to the point of beginning of the herein described tract; thence from this point of beginning continue along the last named course for 30.29 feet thence angle left 82 degrees, 00 minutes 21 seconds for 31.57 feet thence angle right 34 degrees 42 minutes 03 seconds for 69.54 feet; thence angle left 46 degrees, 15 minutes, for 62.53 feet; thence angle right 32 degrees 06 minutes, 04 seconds for 38.98 feet; thence angle right 43 degrees, 50 minutes, 16 seconds for 88.04 feet thence angle right 22 degrees, 39 minutes, 13 seconds for 151.36 feet to the Southeasterly right of way line of Sardis Road; thence angle left 151 degrees, 50 minutes, 25 seconds and Southwesterly along the said right of way line for 63.57 feet to the centerline or Rocky Branch: thence In a Southeasterly direction along the said centerline of Rocky Branch for 436.73 feet, more or less, to the point of beginning.

**Parcel IV**

The South 1/2 of the SE 1/4 of Section 9, Township 15 South, Range 3 West, Jefferson County, Alabama.

UNOFFICIAL DOCUMENT

| Leasehold 6 | Coal Mining Lease, dated April 28, 2011, between Black Warrior Minerals, Inc. and Huddleston Minerals, LLC, as renewed by that certain Amendment of Coal Mining Lease, dated March 31, 2021 and that certain Second Amendment of Coal Mining Lease, dated October 2021, as recorded by the officer of the Judge of Probate of Jefferson County Instrument #'s 2021132706, 2021132707 and 2021132706. | Jefferson County, AL: Township 15 South, Range 3 west, Section 9: SE 1/4, containing 160 acres, no more or less. Coal rights only. |

> Operating Agreement with Pratt Coal Preparation Plant effective - May 11, 2022
>
> Real Property upon which Cane Creek LLC operates North Pratt Coal Preparation Plant

**PARCEL I:**

The Southwest 1/4 of the Northeast 1/4 of said Section 30, Township 16 South, Range 4 West, Jefferson County, Alabama.

**PARCEL II:**

Commence at a 3" capped pipe at the Southeast corner of the Northeast 1/4 of the Southwest 1/4 of said Section 30, Township 16 South, Range 4 West, Jefferson County, Alabama and run Northerly along the East boundary of said Northeast 1/4 of the Southwest 1/4, 293.42 feet to a set 5/8" capped rebar (PERC Eng. 16689) on the Northern right of way of BNSF Railroad and the Point of Beginning; thence continue Northerly along the East boundary thereof, 329.28 feet to a set 5/8" capped rebar (PERC Eng. 16689); thence with a deflection angle of 90°00'00" to the left and run Westerly a distance of 498.00 feet to a set 5/8" capped rebar (PERC Eng. 16689); thence with a deflection angle of 75°00'00" to the left and run Southwesterly, 207.84 feet to a set 5/8" capped rebar (PERC Eng. 16689) on the Northerly right of way of BNSF Railroad; thence with a deflection angle of 91°53'19" to the left and run Southeasterly along said right of way, 566.56 feet to the Point of Beginning.

**PARCEL III:**

The NW 1/4 of the SE 1/4 of Section 30, Township 16 South, Range 4 West, Jefferson County, Alabama.

**PARCEL IV:**

A strip of land located in the SE 1/4 of the SW 1/4, SW 1/4 of the SE 1/4, SE 1/4 of the SE 1/4, NE 1/4 of the SE 1/4 and the SE 1/4 of the NE 1/4 of Section 19, Township 16 South, Range 4 West, also located in the SW 1/4 of the NW 1/4 of Section 20, Township 16 South, Range 4 West, being a roadway easement 100.00 feet in width lying 50.00 feet on each side of the following described centerline:

Commence at the Southeast corner of said Section 19, and run North 87°48'14" West along the South boundary thereof 2936.93 feet to the point of beginning of said centerline; thence North 67°19'13" East, 146.63 feet to the point of beginning of a curve to the right having a radius of 300.00 feet, a delta angle of 15°30'01", a chord bearing of North 75°04'13" East, and a chord length of 80.91 feet; thence along the arc of said curve, 81.16 feet to the point of beginning of a curve to the left having a radius of 665.67 feet, a delta angle of 25°05'22", a chord bearing of North 70°16'32" East, and a chord length of 289.17 feet; thence along the arc of said curve, 291.49 feet; thence North 57°43'52" East, 369.63 feet to the point of beginning of a curve to the left having a radius of 267.00 feet, a delta angle of 38°21'49", a chord bearing of North 38°32'57" East, and a chord length of 175.46 feet; thence along the arc of said curve, 178.78 feet; thence North 19°22'02" East, 386.80 feet to the point of beginning of a curve to the

03531850.4                                B-1

right having a radius of 130.00 feet, a delta angle of 103°02'22", a chord bearing of North 70°53'13" East, and a chord length of 203.53 feet; thence along the arc of said curve 233.79 feet to the point of beginning of a curve to the left having a radius of 223.85 feet, a delta angle of 61°44'21", a chord bearing of South 88°27'46" East and a chord length of 229.70 feet; thence along the arc of said curve, 241.21 feet; thence North 60°40'03" East, 284.77 feet to the point of beginning of a curve to the left having a radius of 93.50 feet, a delta angle of 37°10'15", a chord bearing of North 42°04'56" East, and a chord length of 59.60 feet; thence along the arc of said curve, 60.66 feet to the point of beginning of a curve to the right having a radius of 5584.29 feet, a delta angle of 3°46'30", a chord bearing of North 25°23'03" East, and a chord length of 367.85 feet; thence along the arc of said curve, 367.91 feet to the point of beginning of a curve to the right having a radius of 295.00 feet, a delta angle of 29°57'43", a chord bearing of North 42°15'09" East, and a chord length of 152.51 feet; thence along the arc of said curve, 154.27 feet, to the point of beginning of a curve to the left having a radius of 800.00 feet, a delta angle of 29°54'58", a chord bearing of North 42°16'34" East, and a chord length of 412.96 feet; thence along the arc of said curve, 417.69 feet; thence North 27°19'07" East, 188.67 feet; thence North 27°43'06" East, 252.84 feet to the point of beginning of a curve to the right having a radius of 500.00 feet, a delta angle of 23°10'48", a chord bearing of North 39°18'30" East, and a chord length of 200.91 feet; thence along the arc of said curve, 202.28 feet; thence North 50°53'54" East, 128.73 feet to the point of beginning of a curve to the right having a radius of 425.00 feet, a delta angle of 27°45'26", a chord bearing of North 64°45'37" East and a chord length of 208.89 feet; thence along the arc of a curve, 205.89 feet to a point on the West boundary of Section 20 located North 00°44'32" West, 2697.20 feet from the Southwest corner thereof, said point being the point of beginning of a curve to the right having a radius of 426.00 feet, a delta angle of 11°49'48", a chord bearing of North 84°34'14" East, and a chord length of 87.60 feet; thence along the arc of said curve, 87.75 feet; thence South 89°30'52" East, 354.49 feet to the point of beginning of a curve to the left having a radius of 150.15 feet, a delta angle of 79°58'53", a chord bearing of North 50°29'41" East, and a chord length of 192.99 feet; thence along the arc of said curve, 209.60 feet; thence North 10°30'14" East, 306.15 feet to the point of beginning of a curve to the right having a radius of 200.00 feet, a delta angle of 37°27'27", a chord bearing of North 29°13'58" East, and a chord length of 128.44 feet; thence along the arc of said curve, 130.75 feet, to the Southwest right of way of County Road 12 and the end of said centerline.

Shorten or extend sidelines to terminate at the property lines.

HAUL ROAD 2 P

A strip of land in the SW 1/4 of the NW 1/4 and the SE 1/4 of the NW 1/4 of Section 20, Township 16 South, Range 4 West, being a roadway easement 100.00 feet in width lying 50.00 feet on each side of the following described centerline:

Commence at the Southwest corner of said Section 20 and run North 00°44'32" West along the West boundary thereof 2911.01 feet; thence North 89°15'28" East, 610.77 feet to the point of beginning of said centerline and the point of beginning of a non-tangent curve to the right having a radius of 113.72 feet, a delta angle of 92°11'13", a chord bearing of North 56°35'51" East, and a chord length of 163.85 feet; thence along the arc of said curve, 182.97 feet; thence South 77°18'33" East, 130.75 feet to the point of beginning of a curve to the right having a radius of 499.38 feet, a delta angle of 14°07'29", a chord bearing of South 70°14'48" East, and a chord length of 122.80 feet; thence along the arc of said curve, 123.11 feet; thence South 63°11'04" East, 459.65 feet; thence South 67°15'56" East, 94.37 feet to the Southwest right of way of County Road 12 and the end of said centerline.

Shorten or extend sidelines to terminate at the property lines.

HAUL ROAD 3 P

A strip of land located in the SE 1/4 of the SE 1/4 and the NE 1/4 of the SE 1/4 of Section 19, Township 16 South, Range 4 West, being a roadway easement 100.00 feet in width lying 50.00 feet on each side of the following described centerline:

Commence at the Southeast corner of said Section 19, and run North 87°48'14" West along the South boundary thereof 509.83 feet to the point of beginning of said centerline and the point of beginning of a non-tangent curve to the right having a radius of 841.00 feet, a delta angle of 23°58'18", a chord bearing of North 13°21'35" East and a chord length of 349.30 feet; thence along the arc of said curve, 351.86 feet; thence North 25°20'44" East, 389.02 feet to the point of beginning of a curve to the left having a radius of 100.00 feet, a delta angle of 37°16'33", a chord bearing of North 06°42'28" East and a chord length of 63.92 feet; thence along the arc of said curve, 65.06 feet North 11°55'49" West, 507.96 feet to the point of beginning of a curve to the right having a radius of 500.00 feet, a delta angle of 14°23'00", a chord bearing of North 04°44'19" West, and a chord length of 125.19 feet; thence along the arc of said curve, 125.52 feet, to the point of beginning of a curve to the left having a radius of 500.00 feet, a delta angle of 17°11'27", a chord bearing of North 06°08'32" West, and a chord length of 149.46 feet; thence along the arc of said curve, 150.02 feet; thence North 14°44'15" West, 167.21 feet to the point of beginning of a curve to the left having a radius of 175.00 feet, a delta angle of 37°01'53", a chord bearing of North 33°15'12" West, and a chord length of 111.15 feet; thence along the arc of said curve, 113.11 feet to the point of beginning of a curve to the right having a radius of 280.00 feet, a delta angle of 79°29'14", a chord bearing of North 12°01'31" West and a chord length of 358.04 feet; thence along the arc of said curve, 388.45 feet to the end of said centerline.

Shorten or extend to terminate at the property lines.

Situated in Jefferson County, Alabama, Birmingham Division.

County Division Code: AL039 Inst. # 2023017712 Pages: 1 of 3 I certify this instrument filed on: 2/10/2023 1:40 PM
Doc: UCC 7 Judge of Probate Jefferson County, AL Rec: $35.00
Clerk: DRBESS

Case 23-10234-CTG    Doc 110-20    Filed 03/14/23    Page 12 of 14

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Nicholas S. Johnson, 202.463.2101

B. E-MAIL CONTACT AT FILER (optional)
NJohnson@baileyglasser.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Nicholas S. Johnson
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Black Warrior Minerals, Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P. O. Box 530 882 | Mountain Brook | AL | 35253 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Warrior Met Coal Land, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16243 Hwy 216 | Brookwood | AL | 35444 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All coal in situ and any and all coal that has been mined from certain lands totaling approximately 1,119 acres plus orminus located in Sections 2, 3, 9, 10, 11, 15, 16 of Township 15 South, Range 3 West, Jefferson County, Alabama, particularly described on Exhibit A attached hereto, all inventory of debtor, and all proceeds of, and all other profits, products, rents or receipts, in whatever form, arising from the collection, sale, lease, exchange, assignment, licensing or other disposition of, or other realization upon collateral, including, without limitation, all licenses, permits, authorizations and applications, all claims of debtor against third parties for loss of, damage to or destruction of, or for proceeds payable under, or unearned premiums with respect to, policies of insurance in respect of, any collateral, and any condemnation or requisition payments with respect to any collateral, in each case whether now existing or hereafter arising. The instrument number of the Memorandum of Lease between debtor as lessee and secured party as lessor is #2021138311.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☑ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with Jefferson County, Alabama

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: **Black Warrior Minerals, Inc.**

OR

9b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME:

OR

10b. INDIVIDUAL'S SURNAME:
INDIVIDUAL'S FIRST PERSONAL NAME:
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:
10c. MAILING ADDRESS:   CITY:   STATE:   POSTAL CODE:   COUNTRY:

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME:

OR

11b. INDIVIDUAL'S SURNAME:   FIRST PERSONAL NAME:   ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:
11c. MAILING ADDRESS:   CITY:   STATE:   POSTAL CODE:   COUNTRY:

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☑ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**Warrior Met Coal Land, LLC (successor in interest to Walter Minerals, Inc. under the Surface Coal Mining Lease (as amended) with debtor)**
**Attn: Suzan Sanderson**
**16243 Hwy 216**
**Brookwood, AL 35444**

16. Description of real estate:

**Certain lands totaling approximately 1,119 acres plus orminus located in Sections 2, 3, 9, 10, 11, 15, 16 of Township 15 South, Range 3 West, Jefferson County, Alabama, particularly described on Exhibit A attached hereto**

17. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)



EXHIBIT A
BLACK WARRIOR MINERALS, INC. - MINE NO.1 MINE
COMBINED WALTER MINERALS PROPERTIES
SECTIONS 2, 3, 9, 10, 11, 15, and 16
TOWNSHIPS 15 & 16 SOUTH, RANGE 3 WEST,
ALL IN JEFFERSON COUNTY, ALABAMA.
BASE MAP: BROOKSIDE, CREEL,
GARDENDALE & WARRIOR U.S.G.S. QUAD.

\\wltfs01\fsdata\land companies\walter minerals\surface mining\ulc properties leased out\blk warrior mineral - morris- jeff cty\first amendment 12-30-2013.docx