**Exhibit 21**
**BLACK WARRIOR MINERALS INC - AL UCC-1 FILINGS**

Search Date: February 13, 2023



2020 Hurley Way, Suite 350  Sacramento, CA 95825
Local: (916) 564-7800  Fax: (916) 564-7900  Toll Free: (800) 952-5696

**Ask us about UCC eZFILE®**

## UCC Search Report

| | |
|---:|---|
| **Type of Search** | UCCs, Federal Tax Liens, State Tax Liens, and Judgments |
| **Jurisdiction/Filing Office** | State of Alabama, Secretary of State Uniform Commercial Code Division |
| **Estimated Currency Date** | Jan. 31, 2023 |
| **Last File Date** | Feb 4 2023 |
| **Subject Search Name** | BLACK WARRIOR MINERALS, INC. |
| **Search Key Entered** | BLACK* WARRIOR* MIN |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of Alabama, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein. Certification can only be obtained through the office of the Alabama Secretary of State.

**1. Financing Statement**

| | | |
|---:|---|---|
| **Document No.** | 05-0603985 | Lapses 8/8/2025 |
| **Filed** | 8/8/2005 | |
| **Debtor** | BLACK WARRIOR MINERALS INC<br>4788 HIGHWAY 78<br>CORDOVA AL 35550 | |
| **Debtor** | BLACK WARRIOR MINERALS, INC.<br>PO BOX 1190<br>SUMITON AL 35148 | |
| **Secured Party** | SERVISFIRST BANK<br>P O BOX 1508<br>BIRMINGHAM AL 35201 | |
| **Amendment Type** | Amendment | |
| **File No.** | 05-0603985_1 | |
| **Filed** | 1/5/2010 12:00:00 AM | |
| **Amendment Type** | Amendment | |
| **File No.** | 05-0603985_2 | |
| **Filed** | 1/11/2010 12:00:00 AM | |
| **Amendment Type** | Continuation | |
| **File No.** | 05-0603985_4 | |
| **Filed** | 2/9/2010 12:00:00 AM | |
| **Amendment Type** | Amendment | |
| **File No.** | 05-0603985_3 | |
| **Filed** | 2/9/2010 12:00:00 AM | |

**Amendment Type** Continuation
**File No.** 05-0603985_5
**Filed** 3/10/2015 12:00:00 AM

**Amendment Type** Continuation
**File No.** 05-0603985_6
**Filed** 3/12/2020 12:00:00 AM

**Amendment Type** Termination
**File No.** 05-0603985_7
**Filed** 11/16/2021 12:00:00 AM

## 2. Financing Statement

**Document No.** 06-0263911                    Lapses 3/14/2026
**Filed** 3/14/2006

**Debtor** BLACK WARRIOR MINERAL INC
P O BOX 1190
SUMITON AL 35148

**Debtor** BLACK WARRIOR MINERAL, INC.
P O BOX 1190
SUMITON AL 35148

**Secured Party** SERVISFIRST BANK
P O BOX 1508
BIRMINGHAM AL 35201

**Amendment Type** Amendment
**File No.** 06-0263911_1
**Filed** 1/5/2010 12:00:00 AM

**Amendment Type** Continuation
**File No.** 06-0263911_2
**Filed** 10/4/2010 12:00:00 AM

**Amendment Type** Continuation
**File No.** 06-0263911_3
**Filed** 10/15/2015 12:00:00 AM

**Amendment Type** Continuation
**File No.** 06-0263911_4
**Filed** 10/15/2020 12:00:00 AM

**Amendment Type** Termination
**File No.** 06-0263911_5
**Filed** 11/16/2021 12:00:00 AM

## 3. Financing Statement

**Document No.** 07-0009190                    Lapses 12/22/2026
**Filed** 12/22/2006

**Debtor** BLACK WARRIOR MINERALS INC
4788 HIGHWAY 78
CORDOVA AL 35550

**Debtor** BLACK WARRIOR MINERALS, INC.
PO BOX 1190
SUMITON AL 35148

**Secured Party** SERVISFIRST BANK
P O BOX 1508
BIRMINGHAM AL 35201

**Amendment Type** Amendment
**File No.** 07-0009190_1
**Filed** 1/5/2010 12:00:00 AM

**Amendment Type** Continuation
**File No.** 07-0009190_2
**Filed** 7/7/2011 12:00:00 AM

**Amendment Type** Continuation
**File No.** 07-0009190_3
**Filed** 7/24/2016 12:00:00 AM

**Amendment Type** Continuation
**File No.** 07-0009190_4
**Filed** 7/26/2021 12:00:00 AM

**Amendment Type** Termination
**File No.** 07-0009190_5
**Filed** 11/16/2021 12:00:00 AM

## 4. Financing Statement

**Document No.** 07-0120250                         Lapses 2/8/2027
**Filed** 2/8/2007

**Debtor** BLACK WARRIOR MINERALS INC
4788 HWY 78
CORDOVA AL 35550

**Debtor** BLACK WARRIOR MINERALS, INC.
PO BOX 1190
SUMITON AL 35148

**Secured Party** SERVISFIRST BANK
P O BOX 1508
BIRMINGHAM AL 35201

**Amendment Type** Amendment
**File No.** 07-0120250_1
**Filed** 1/5/2010 12:00:00 AM

**Amendment Type** Continuation
**File No.** 07-0120250_2
**Filed** 8/18/2011 12:00:00 AM

**Amendment Type** Continuation
**File No.** 07-0120250_3
**Filed** 9/10/2016 12:00:00 AM

**Amendment Type** Continuation
**File No.** 07-0120250_4
**Filed** 9/13/2021 12:00:00 AM

**Amendment Type** Termination
**File No.** 07-0120250_5
**Filed** 11/16/2021 12:00:00 AM

## 5. Financing Statement

**Document No.** 10-0049373                         Lapses 1/29/2025
**Filed** 1/29/2010

**Debtor** BLACK WARRIOR MINERALS, INC.
4788 HIGHWAY 78
CORDOVA AL 35550

**Secured Party** SERVISFIRST BANK
P.O. BOX 1508
BIRMINGHAM AL 35201

**Amendment Type** Continuation
**File No.** 10-0049373_1
**Filed** 8/31/2014 12:00:00 AM

**Amendment Type** Continuation
**File No.** 10-0049373_2
**Filed** 8/31/2019 12:00:00 AM

**Amendment Type** Termination
**File No.** 10-0049373_3
**Filed** 11/16/2021 12:00:00 AM

## 6. Financing Statement

**Document No.** 11-7062703                         Lapses 4/5/2026
**Filed** 4/5/2011

**Debtor** BLACK WARRIOR MINERALS, INC.
P.O. BOX 1190
SUMITON AL 35148

**Secured Party** SERVISFIRST BANK
850 SHADES CREEK PKWY, SUITE 200
BIRMINGHAM AL 35209

**Amendment Type** Continuation
**File No.** 11-7062703_1
**Filed** 11/6/2015 12:00:00 AM

**Amendment Type** Continuation
**File No.** 11-7062703_2
**Filed** 11/6/2020 12:00:00 AM

**Amendment Type** Termination
**File No.** 11-7062703_3
**Filed** 11/16/2021 12:00:00 AM

## 7. Financing Statement

**Document No.** 12-7063961                     Lapses 3/19/2027
**Filed** 3/19/2012

**Debtor** BLACK WARRIOR MINERALS, INC.
P. O. BOX 1190
SUMITON AL 35148

**Secured Party** SERVISFIRST BANK
850 SHADES CREEK PKWY, SUITE 200
BIRMINGHAM AL 35209

**Amendment Type** Continuation
**File No.** 12-7063961_1
**Filed** 10/19/2016 12:00:00 AM

**Amendment Type** Continuation
**File No.** 12-7063961_2
**Filed** 10/21/2021 12:00:00 AM

**Amendment Type** Termination
**File No.** 12-7063961_3
**Filed** 11/16/2021 12:00:00 AM

## 8. Financing Statement

**Document No.** 14-7671555                     Lapses 8/28/2024
**Filed** 8/28/2014

**Debtor** BLACK WARRIOR MINERALS, INC.
P.O. BOX 1190
SUMITON AL 35148

**Secured Party** SERVISFIRST BANK
850 SHADES CREEK PKWY, SUITE 200
BIRMINGHAM AL 35209

**Amendment Type** Continuation
**File No.** 14-7671555_1
**Filed** 3/30/2019 12:00:00 AM

**Amendment Type** Amendment
**File No.** 14-7671555_2
**Filed** 4/30/2019 12:00:00 AM

**Amendment Type** Termination
**File No.** 14-7671555_3
**Filed** 11/16/2021 12:00:00 AM

## 9. Financing Statement

**Document No.** 19-7480421                     Lapses 9/23/2024
**Filed** 9/23/2019

**Debtor** BLACK WARRIOR MINERALS, INC.
P O BOX 1190
SUMITON AL 35148

**Secured Party** THOMPSON TRACTOR CO., INC.
P O BOX 10367
BIRMINGHAM AL 35202

**Amendment Type** Termination
**File No.** 19-7480421_1
**Filed** 12/14/2021 12:00:00 AM

**10. Financing Statement**

**Document No.** 19-7496966        Lapses 10/1/2024
**Filed** 10/1/2019

**Debtor** BLACK WARRIOR MINERALS, INC.
PO BOX 1190
SUMITON AL 35148

**Secured Party** THOMPSON TRACTOR CO., INC.
PO BOX 10367
BIRMINGHAM AL 35202

**Amendment Type** Termination
**File No.** 19-7496966_1
**Filed** 12/14/2021 12:00:00 AM

**11. Financing Statement**

**Document No.** 21-7610363        Lapses 10/13/2026
**Filed** 10/13/2021

**Debtor** BLACK WARRIOR MINERALS, INC.
4788 HIGHWAY 78
CORDOVA AL 35550

**Secured Party** JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
6400 NW 86TH ST
JOHNSTON IA 50131

**12. Financing Statement**

**Document No.** 21-7694609        Lapses 11/23/2026
**Filed** 11/23/2021

**Debtor** BLACK WARRIOR MINERALS, INC.
4788 HIGHWAY 78
CORDOVA AL 35550

**Secured Party** CORPORATION SERVICE COMPANY AS REPRESENTATIVE
PO BOX 2576 UCCSPREP@CSCINFO.COM
SPRINGFIELD IL 62708

**13. Financing Statement**

**Document No.** 21-0601632        Lapses 11/29/2026
**Filed** 11/29/2021

**Debtor** BLACK WARRIOR MINERALS INC.
4788 HWY 78
CORDOVA AL 35550

**Secured Party** NEBARI NATURAL RESOURCES CREDIT FUND I, LP
130 5TH AVENUE, FIFTH FLOOR
NEW YORK NY 10011

**Amendment Type** Termination
**File No.** 21-0601632_1
**Filed** 5/24/2022 12:00:00 AM

**14. Financing Statement**

**Document No.** 22-7064124        Lapses 2/7/2027
**Filed** 2/7/2022

**Debtor** BLACK WARRIOR MINERALS, INC.
P.O. BOX 1190
SUMITON AL 35148

**Secured Party** CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203

### 15. Financing Statement

**Document No.** 22-7068201                    Lapses 2/9/2027
**Filed** 2/9/2022

**Debtor** BLACK WARRIOR MINERALS, INC.
4788 HIGHWAY 78
CORDOVA AL 35550

**Secured Party** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
PO BOX 2576UCCSPREP@CSCINFO.COM
SPRINGFIELD IL 62708

**Secured Party** FIRST-CITIZENS BANK & TRUST COMPANY
10201 CENTURION PARKWAY NORTH, SUITE
JACKSONVILLE FL 32256

**Amendment Type** Assignment
**File No.** 22-7068201_1
**Filed** 9/21/2022 12:00:00 AM

### 16. Financing Statement

**Document No.** 22-7135486                    Lapses 3/14/2027
**Filed** 3/14/2022

**Debtor** BLACK WARRIOR MINERALS, INC.
PO BOX 1190
SUMITON AL 35148

**Secured Party** NOREAST CAPITAL CORPORATION
428 FOURTH STREET, SUITE 1
ANNAPOLIS MD 21403

### 17. Financing Statement

**Document No.** 22-7306693                    Lapses 5/20/2027
**Filed** 5/20/2022

**Debtor** BLACK WARRIOR MINERALS, INC.
SUITE 107, 109 PITT STREET
SYDNEY 20000

**Secured Party** COLLINS ST CONVERTIBLE NOTES PTY LTD ACN 657 773 754, AS TRUSTEE
LEVEL 9, 365 LITTLE COLLINS STREET
MELBOURNE 30000

**Secured Party** COLLINS ST CONVERTIBLE NOTES PTY LTD CAN 657 773 754, AS TRUSTEE
LEVEL 9, 365 LITTLE COLLINS STREET
MELBOURNE 30000

**Amendment Type** Amendment
**File No.** 22-7306693_1
**Filed** 5/23/2022 12:00:00 AM

### 18. Financing Statement

**Document No.** 22-7333369                    Lapses 6/2/2027
**Filed** 6/2/2022

**Debtor** BLACK WARRIOR MINERALS, INC.
SUITE 205
BIRMINGHAM AL 35223

**Secured Party** JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
6400 NW 86TH ST
JOHNSTON IA 50131

**19. Financing Statement**

| | | |
|---|---|---|
| **Document No.** | 22-7514586 | Lapses 8/30/2027 |
| **Filed** | 8/30/2022 | |

      **Debtor** BLACK WARRIOR MINERALS INC
              P.O. BOX 1190
              SUMITON AL 35148

  **Secured Party** BILL MILLER EQUIPMENT SALES
              10200 PARKERSBURG RD
              ECKHART MINES MD 21528

**20. Financing Statement**

| | | |
|---|---|---|
| **Document No.** | 22-7603452 | Lapses 10/14/2027 |
| **Filed** | 10/14/2022 | |

      **Debtor** BLACK WARRIOR MINERALS, INC.
              2 OFFICE PARK CIRCLE, SUITE 205
              MOUNTAIN BROOK AL 35223

  **Secured Party** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
              PO BOX 2576 UCCSPREP@CSCINFO.COM
              SPRINGFIELD IL 62708

**21. Financing Statement**

| | | |
|---|---|---|
| **Document No.** | 22-7631314 | Lapses 10/31/2027 |
| **Filed** | 10/31/2022 | |

      **Debtor** BLACK WARRIOR MINERALS, INC.
              2 OFFICE PARK CIRCLE, SUITE 205
              MOUNTAIN BROOK AL 35223

  **Secured Party** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
              PO BOX 2576 UCCSPREP@CSCINFO.COM
              SPRINGFIELD IL 62708

**22. Financing Statement**

| | | |
|---|---|---|
| **Document No.** | 22-7655126 | Lapses 11/15/2027 |
| **Filed** | 11/15/2022 | |

      **Debtor** BLACK WARRIOR MINERALS, INC.
              PO BOX 530882
              BIRMINGHAM AL 35253

  **Secured Party** CATERPILLAR FINANCIAL SERVICES CORPORATION
              2120 WEST END AVENUE
              NASHVILLE TN 37203

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

---------- **END OF REPORT** ----------

## Report Parameters

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

UCC DEPARTMENT                                            888-427-8713

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

JOHN DEERE FINANCIAL

6400 NW 86TH ST

JOHNSTON, IA 50131

USA

Alabama
Sec. Of State
B 21-761363 FS
Date 10/13/2021
Time 07:41 AM
211013       1 Pg
File      $15.00
Access     $9.75
Conv       $5.50
Total     $30.25
78513730

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BLACK WARRIOR MINERALS, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4788 HIGHWAY 78 | CORDOVA | AL | 35550 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | AL | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH ST | JOHNSTON | IA | 50131 | USA |

4. This FINANCING STATEMENT covers the following collateral:      ☐ ATTACHMENT

HITACHI EX36 EX3600-7 MINING EXCAVATOR S/N: 007003
CF 29 YARD BUCKET P/N: 29
CF 29 YARD BUCKET P/N: 29
FQSBEAR FIRE SUPRESSION SYSTEM P/N: ESSION
together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general
intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without
limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

4703009

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

CSC                                                          800-858-5294

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
CSC

801 Adlai Stevenson Drive

Springfield, IL 62703

USA
```

Alabama
Sec. Of State

B 21-769460 FS
Date 11/23/2021
Time 12:02 PM
211123           2 Pg

File           $15.00
Access          $9.75
Conv            $4.50
----------
Total          $29.25
8436352

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

Black Warrior Minerals, Inc.

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4788 HIGHWAY 78 | CORDOVA | AL | 35550 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | AL | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

CORPORATION SERVICE COMPANY as REPRESENTATIVE

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 2576   uccsprep@cscinfo.com | Springfield | IL | 62708 | USA |

4. This FINANCING STATEMENT covers the following collateral:    ☐ ATTACHMENT

All of the goods, furniture, fixtures, equipment, and other personal property now or hereafter leased to Lessee, wherever located, including but not limited to the following equipment description and all related peripherals to be more fully described on Exhibit A, together with all replacements, additions, substitutions, accessions, modifications, updates, upgrades, revisions, new versions, enhancements, and accessories incorporated therein and/or affixed thereto and all proceeds thereof, (including, but not limited to, amounts payable under any insurance policy) and all other property acquired and accepted by Debtor/Lessee after the filing of this UCC-1 Statement.

Collateral description:
Four Hitachi Zero Hour EH3500 mining trucks, Four used Hitachi EH3500 mining trucks, 20 new tires, de-installation, installation, and transportation costs all

See additional.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

2222 53673

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

| 9a. ORGANIZATION'S NAME |  |  |
| --- | --- | --- |
| Black Warrior Minerals, Inc. |  |  |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**10. MISCELLANEOUS:**

Alabama
Sec. Of State
B 21-7694609 FS
Date 11/23/2021
Time 12:02 PM
211123  2 Pg
File        $15.00
Access       $9.75
Conv         $4.50
Total       $29.25
8436352

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

OR

| 11a. ORGANIZATION'S NAME |  |  |  |
| --- | --- | --- | --- |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

| ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
| --- | --- | --- | --- | --- |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

OR

| 12a. ORGANIZATION'S NAME |  |  |  |
| --- | --- | --- | --- |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

acceptable to the Lessor.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

## UCC FINANCING STATEMENT
FOLLOW  INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Wolters Kluwer Lien Solutions                                    800-331-3282

B. SEND ACKNOWLEDGMENT TO:    (Name and Address)

┌
Lien Solutions

P.O. Box 29071

Glendale, CA 91209-9071

USA
└

Alabama
Sec. Of State
B 22-7064124 FS
Date 02/07/2022
Time 11:18 AM
220207     1 Pg
File                  $15.00
Access                 $9.75
Conv                   $4.50
                      ------
Total                 $29.25
8475162

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BLACK WARRIOR MINERALS, INC. | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 1190 | Sumiton | AL | 35148 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | AL | | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Caterpillar Financial Services Corporation | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 West End Avenue | Nashville | TN | 37203 | USA |

4. This FINANCING STATEMENT covers the following collateral:                                            ☐ ATTACHMENT

(ONE) 1 Caterpillar Year 2010 Model 993K Wheel loader-Large S/N: Z9K00356  And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof.  The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

AL-0-84756993-63109314

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

CSC                                                                800-858-5294

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

CSC

801 Adlai Stevenson Drive

Springfield, IL 62703

USA

Alabama
Sec. Of State
B 22-7068201 FS
Date 02/09/2022
Time 07:59 AM
220209         3 Pg

File          $15.00
Access         $9.75
Conv           $4.50
              ------
Total         $29.25

8476500

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Black Warrior Minerals, Inc. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4788 Highway 78 | Cordova | AL | 35550 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | | AL | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only <u>one</u> secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 2576UCCSPREP@cscinfo.com | Springfield | IL | 62708 | USA |

**4.** This FINANCING STATEMENT covers the following collateral:                                                              ☐ ATTACHMENT

All equipment, machinery, goods, personal and other property, however described, leased pursuant to Lease Schedule
No. BWMS_001 to Master Lease Agreement No. 2058236, as amended, whether now or hereafter existing, and
wherever now or hereafter located, together with all accessories, attachments, accessions, parts, components, fixtures,
repairs, modifications, additions, substitutions, replacements and exchanges thereof, and all related deliverables,
intangible

See additional.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☒ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

2264 92085

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

9a. ORGANIZATION'S NAME

Black Warrior Minerals, Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**10.MISCELLANEOUS:**

Alabama
Sec. Of State
B 22-7068201 FS
Date 02/09/2022
Time 07:59 AM
220209      3 Pg
File      $15.00
Access     $9.75
Conv       $4.50
Total     $29.25
8476500

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> name (11a or 11b) - do not abbreviate or combine names

OR

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S  NAME** - insert only <u>one</u> name (12a or 12b)

OR

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

property, software (embedded or otherwise), general intangibles, intellectual property, license, contract rights,
inventory, collateral and other rights incorporated therein, attached thereto, associated therewith or arising therefrom, all
whether or not furnished by the Supplier thereof, and any and all proceeds, including proceeds of proceeds,

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

See additional.

**17.** Check <u>only</u> if applicable and check <u>only</u> one box.

Debtor is a ☐ Trust  or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check <u>only</u> if applicable and check <u>only</u> one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | |
|---|---|---|
| OR | 9a. ORGANIZATION'S NAME | |
| | Black Warrior Minerals, Inc. | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**10. MISCELLANEOUS:**

B 22-7068201 FS
Date 02/09/2022
Time 07:59 AM
220209    3 Pg
File    $15.00
Access    $9.75
Conv    $4.50
Total    $29.25
8476500

Alabama
Sec. Of State

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | |
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|

**12.** ☐ **ADDITIONAL SECURED PARTY'S**  or  ☐ **ASSIGNOR S/P'S  NAME** - insert only one name (12a or 12b)

| | | | |
|---|---|---|---|
| OR | 12a. ORGANIZATION'S NAME | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

and

products thereof. This filing is made for informational purposes and not to suggest Secured Party's interest is limited to a security interest only. Debtor has no independent right or authority to sell, sublease, transfer, assign, pledge, encumber or dispose of any of the foregoing or any interest therein.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust  or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

CSC                                              800-858-5294

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐
CSC

801 Adlai Stevenson Drive

Springfield, IL 62703

USA
⌐

Alabama
Sec. Of State
Date 09/21/2022 AS 22-7068201
Time 10:11 AM
220921  1 Pg
File        $15.00
Access       $9.75
Conv         $4.50
Total       $29.25
8610192

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE #

22-7068201

1b.  This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☐

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ **ASSIGNMENT** (    FULL (    Give name of assignee in item 7a or 7b and address of assignee in item 7c; also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address:  Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name:  Give record name to be deleted in item 6a or 6b.
☐ ADD name:  Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | |
|---|---|
| 6a. ORGANIZATION'S NAME | |

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

First-Citizens Bank & Trust Company

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10201 Centurion Parkway North, Suite 100 | Jacksonville | FL | 32256 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.                                        ☐ ATTACHMENT

Describe collateral ☐ deleted  or  ☐ added,  or give entire ☐ restated collateral description,  or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor,  or if this is a Termination authorized by a Debtor, check here ☐  and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

Debtor:Black Warrior Minerals, Inc. 2399 03417

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

CSC                                                           800-858-5294

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

    CSC

    801 Adlai Stevenson Drive

    Springfield, IL 62703

    USA

Alabama Sec. Of State
B 22-713548G FS
Date 03/14/2022
Time 12:09 PM   1 Pg
220314
File         $15.00
Access        $9.75
Conv          $4.50
Total        $29.25
8496978

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Black Warrior Minerals, Inc. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 1190 | Sumiton | AL | 35148 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | | AL | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Noreast Capital Corporation | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 428 Fourth Street, Suite 1 | Annapolis | MD | 21403 | USA |

4. This FINANCING STATEMENT covers the following collateral:                                    ☐ ATTACHMENT

(1) 24' x 56' Modular Office Building with Skirting & (2) Stairs Serial No. 2243215 & 2243216.
Located at Black Warrior
Minerals, Inc. 1550 Sardis Road, Gardendale, AL 35071.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.     Attach Addendum     [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]     [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

:66369 2284 29341

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Laura Brengartner                                    800-300-5067

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

    ┌─
    │ CCS
    │
    │ 3 Claridge Drive
    │ Suite 3
    │ VERONA, NJ 07044
    │ USA
    └─

Alabama
Sec. Of State
B 22-7306693 FS
Date 05/20/2022
Time 10:53 1 Pg
220520

File        $15.00
Access       $9.75
Conv         $5.50
             ------
Total       $30.25
84033334

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Black Warrior Minerals, Inc. | | | |
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Suite 107, 109 Pitt Street | Sydney | | 2000 | AUS |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | AL | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | | | | |
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only <u>one</u> secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund | | | |
| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Level 9, 365 Little Collins Street | Melbourne | | 3000 | AUS |

4. This FINANCING STATEMENT covers the following collateral:                                    ☐ ATTACHMENT

All Assets.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

For filing with the Alabama Secretary of State/1001424.0001

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Laura Brengartner                              800-300-5067

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CCS

3 Claridge Drive
Suite 3
VERONA, NJ 07044
USA

Alabama
Sec. Of State
B# 22-7306693 AM
Date 05/23/2022
Time 03:04 PM
220523       1  Pg
File      $15.00
Access     $9.75
Conv       $5.50
          -------
Total     $30.25
84115266

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

22-7306693

1b.  This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. □ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. □ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. □ **ASSIGNMENT (              ):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects □ Debtor or ☒ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  □ DELETE name: Give record name to be deleted in item 6a or 6b.  □ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COLLINS ST CONVERTIBLE NOTES PTY LTD CAN 657 773 754, AS TRUSTEE | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COLLINS ST CONVERTIBLE NOTES PTY LTD ACN 657 773 754, AS TRUSTEE | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| LEVEL 9, 365 LITTLE COLLINS STREET | MELBOURNE | | 30000-0000 | AUS |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | | □ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.                                                                  □ ATTACHMENT

Describe collateral □ deleted or □ added,  or give entire □ restated collateral description, or describe collateral □ assigned.

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor,  or if this is a Termination authorized by a Debtor, check here □  and enter name of **DEBTOR** authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

UCC DEPARTMENT                                   888-427-8713

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

    ⌐ JOHN DEERE FINANCIAL

      6400 NW 86TH ST

      JOHNSTON, IA 50131

      USA                                                          ⌐

Alabama
Sec. Of State
B 22-733369 FS
Date 06/02/2022
Time 08:17 1 AM
220602
File         $15.00
Access        $9.75
Conv          $5.50
Total        $30.25
84362416

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BLACK WARRIOR MINERALS, INC. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| SUITE 205 | BIRMINGHAM | AL | 35223 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | AL | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH ST | JOHNSTON | IA | 50131 | USA |

4. This FINANCING STATEMENT covers the following collateral:                                    ☐ ATTACHMENT

JOHN DEERE 844K 844K 4WD LOADER S/N: 671226
TAG 12.0 YD COAL BUCKET P/N: 12.0
TAG 7.75 YD BUCKET P/N: 7.75
together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general
intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without
limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
4889010

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

JENNI BRAKEALL                                        301-689-1013

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

BILL MILLER EQUIPMENT SALES

10200 PARKERSBURG RD

Eckhart Mines, MD 21528

USA

Alabama
Sec. Of State
B 22-751458 FS
Date 08/30/2022
Time 09:18 AM
220830  1 Pg
File      $15.00
Access     $9.75
Conv       $5.50
Total     $30.25
86146138

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BLACK WARRIOR MINERALS INC | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1190 | SUMITON | AL | 35148 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|
| | | AL | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BILL MILLER EQUIPMENT SALES | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10200 PARKERSBURG RD | Eckhart Mines | MD | 21528 | USA |

4. This FINANCING STATEMENT covers the following collateral: ☐ ATTACHMENT

RENTAL/PURCHASE AGREEMENT ("LEASE"), BY AND BETWEEN LESSEE AND BILL MILLER EQUIPMENT SALES, INC., AS LESSOR; ALL RENTS AND OTHER PAYMENTS DUE AND TO BECOME DUE UNDER THE LEASE; AND THE FOLLOWING EQUIPMENT:
CAT D11T DOZER, S/N: GEB516
CAT 988F WHEEL LOADER, S/N: 8YG639
CAT 785C HAUL TRUCK, S/N: 1HW120
CAT 785C HAUL TRUCK, S/N: 1HW121
CAT 785B HAUL TRUCK, S/N: 6HK587
CAT D11T DOZER, S/N: GEB659
CAT 785C HAUL TRUCK, S/N: 6HK583
... TOGETHER WITH ALL PARTS ATTACHMENTS, ACCESSIONS, ADDITIONS, AND REPLACEMENTS AND THE PROCEEDS OF ANY OF THE FOREGOING.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☒ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CSC                                              800-858-5294

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

CSC

801 Adlai Stevenson Drive

Springfield, IL 62703

USA

Alabama
Sec. Of State
B 22-7603452 FS
Date 10/14/2022
Time 03:04 PM
221014          2 Pg
File            $15.00
Access          $9.75
Conv            $4.50
Total           $29.25
8622184

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Black Warrior Minerals, Inc. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 Office Park Circle, Suite 205 | Mountain Brook | AL | 35223 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | AL | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 2576 UCCSPREP@cscinfo.com | Springfield | IL | 62708 | USA |

4. This FINANCING STATEMENT covers the following collateral:                                    ☐ ATTACHMENT

All equipment, machinery, goods, personal and other property, however described, leased pursuant to Lease Schedule No. BWMS_002 to Master Lease Agreement No. 2058236, as amended, whether now or hereafter existing, and wherever now or hereafter located, together with all accessories, attachments, accessions, parts, components, fixtures, repairs, modifications, additions, substitutions, replacements and exchanges thereof, and all related deliverables, intangible property, software (embedded or otherwise), general intangibles, intellectual property, license, contract rights, inventory, collateral and other rights incorporated therein, attached thereto, associated therewith or arising therefrom, all whether or not furnished by the Supplier thereof, and any and all proceeds, including proceeds of proceeds, and products thereof.
This filing is made for informational purposes and not to suggest Secured

See additional.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | X LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
2417 27718

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

9a. ORGANIZATION'S NAME
Black Warrior Minerals, Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10.MISCELLANEOUS:**

Alabama
Sec. Of State
B 22-7603452 FS
Date 10/14/2022
Time 03:04 PM
221014 2 Pg
File        $15.00
Access       $9.75
Conv         $4.50
            -----
Total       $29.25
8622184

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> name (11a or 11b) - do not abbreviate or combine names

OR

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**12.** ☐ **ADDITIONAL SECURED PARTY'S** <u>or</u> ☐ **ASSIGNOR S/P'S NAME** - insert only <u>one</u> name (12a or 12b)

OR

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

Party's interest is limited to a security interest only. Debtor has no independent right or authority to sell, sublease, transfer, assign, pledge, encumber or dispose of any of the foregoing or any interest therein.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check <u>only</u> if applicable and check <u>only</u> one box.

Debtor is a ☐ Trust <u>or</u> ☐ Trustee acting with respect to property held in trust <u>or</u> ☐ Decedent's Estate

**18.** Check <u>only</u> if applicable and check <u>only</u> one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

## UCC FINANCING STATEMENT

FOLLOW  INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

CSC                                    800-858-5294

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

CSC

801 Adlai Stevenson Drive

Springfield, IL 62703

USA

Alabama
Sec. Of State
B 22-7631314 FS
Date 10/31/2022
Time 11:57 AM
221031      1 Pg

File          $15.00
Access         $9.75
Conv           $4.50
                -----
Total         $29.25
8629514

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Black Warrior Minerals, Inc. | | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 Office Park Circle, Suite 205 | Mountain Brook | AL | 35223 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|
| | | | AL | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 2576 UCCSPREP@cscinfo.com | Springfield | IL | 62708 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All deposits, payments and other money pledged, paid, provided to or held by Security Party in connection with Lease Schedule No. BWMS_002 to Master Lease Agreement No. 2058236, between Avtech Capital, LLC and Debtor, as amended, including pursuant to that certain Security Agreement entered in connection therewith, whether now or hereafter existing, and wherever now or hereafter located, together with all deposit accounts and instruments where any of the foregoing are deposited, held or evidenced, and all additions, substitutions, replacements and exchanges thereof, and any and all proceeds, including proceeds of proceeds, thereof.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | X LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

2429 60024

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT
FOLLOW  INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Wolters Kluwer Lien Solutions          800-331-3282

**B. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Lien Solutions

P.O. Box 29071

Glendale, CA 91209-9071

USA

Alabama Sec. Of State
B 22-765126 FS
Date 11/15/2022
Time 03:00 PM
221115  1 Pg
File          $15.00
Access         $9.75
Conv           $4.50
Total         $29.25
8636250

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
BLACK WARRIOR MINERALS, INC.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 530882 | Birmingham | AL | 35253 | USA |

1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION: AL | 1g. ORGANIZATIONAL ID #, if any  ☐ NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
Caterpillar Financial Services Corporation

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 West End Avenue | Nashville | TN | 37203 | USA |

**4.** This FINANCING STATEMENT covers the following collateral:

ONE (1) Caterpillar Year 2019 Model 390FL Large Hydraulic Excavator S/N: HNG00333  And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof.  The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

5. ALTERNATIVE DESIGNATION [if applicable]:  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

8. OPTIONAL FILER REFERENCE DATA
AL-0-89903700-65283746

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)