**Exhibit 23**
**NEW ELK COAL COMPANY LLC - CO UCC-1 FILINGS**



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a report consisting of 18 pages of all secured transaction records on record in this office as of Monday, February 13, 2023 10:25:26 AM, which designate "NEW ELK COAL COMPANY LLC" as debtor.

Certification ID #:    75383

*Jena Griswold*

───────────────────────
Secretary of State



# STATE OF COLORADO
**Department of State**
1700 Broadway Suite 550
Denver, Colorado 80290

**Jena Griswold**
Secretary of State of the State of Colorado

## Search Report

This report reflects documents delivered on paper through 02/11/2023 and documents delivered electronically through 02/13/2023

### Search Criteria:

Debtor Name: NEW ELK COAL COMPANY LLC
Normalized org. name: NEWELKCOAL
The search results include lapsed records.

This report was created on : Monday, February 13, 2023 10:25:28 AM

**Record 1 of 18**
Record ID #: 20162100458
Record Type: UCC
File Date: 11/04/2016 11:04:35 AM
Filing office: Secretary of State
Lapse date: 11/04/2021

| **Debtor: New Elk Coal Company, LLC** | | |
|---|---|---|
| Address 1: 12250 State Highway 12 | | |
| City: Weston | State: CO | Zip/Postal Code: 81091 |
| Province: | | Country: United States |
| Comments: Added by: 20162100458 | | |

| **Secured Party: Cline Mining Corporation** | | |
|---|---|---|
| Address 1: 47 Colborne Street | | |
| City: Toronto | State: ON | Zip/Postal Code: M5H 2S7 |
| Province: | | Country: United States |
| Comments: Added by: 20162100458 | | |

| | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20162100458 | 11/04/2016 | UCC financing statement |
| 2 | 20182086622 | 09/27/2018 | UCC amendment-termination |

Record ID #:  20172017633
Record Type:  UCC
File Date:  02/23/2017 04:52:29 PM
Filing office:  Secretary of State
Lapse date:  02/23/2022

## Debtor:  New Elk Coal Company LLC

Address 1:  12250 Highway 12
City:  Weston               State:  CO                    Zip/Postal Code:  81091
Province:                                          Country:  United States
Comments:  Added by: 20172017633

## Secured Party:  Computershare Trust Company of Canada, as trustee

Address 1:  100 University Avenue, 11th Floor
Address 2:  North Tower
City:  Toronto              State:  ON                    Zip/Postal Code:  M5J 2Y1
Province:  Ontario                                   Country:  Canada
Comments:  Added by: 20172017633

|   | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20172017633 | 02/23/2017 | UCC financing statement |
| 2 | 20202120532 | 10/26/2020 | UCC amendment-termination |

**Record 3 of 18**
Record ID #:  20202120541
Record Type:  UCC
File Date:  10/26/2020 04:05:00 PM
Filing office:  Secretary of State
Lapse date:  10/26/2025

| Debtor:  New Elk Coal Company LLC | | |
|---|---|---|
| Address 1:  12250 HIGHWAY 12 | | |
| City:  WESTON | State:  CO | Zip/Postal Code:  81091 |
| Province: | | Country:  United States |
| Comments:  Added by: 20202120541 | | |

| Secured Party:  CLINE MINING CORPORATION | | |
|---|---|---|
| Address 1:  2 QUEEN STREET EAST, 12TH FLOOR | | |
| City:  TORONTO | State:  ON | Zip/Postal Code:  M5C 3G7 |
| Province: ONTARIO | | Country:  Canada |
| Comments:  Added by: 20202120541 | | |

| | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20202120541 | 10/26/2020 | UCC financing statement |

Record ID #:  20202120545
Record Type:  UCC
File Date:  10/26/2020 04:08:15 PM
Filing office:  Secretary of State
Lapse date:  10/26/2025

**Debtor:  New Elk Coal Company LLC**

Address 1:  12250 HIGHWAY 12
City:  WESTON                State:  CO                Zip/Postal Code:  81091
Province:                                          Country:  United States
Comments:  Added by: 20202120545

**Secured Party:  CLINE MINING CORPORATION**

Address 1:  2 QUEEN STREET EAST, 12TH FLOOR
City:  TORONTO               State:  ON                Zip/Postal Code:  M5C 3G7
Province:  ONTARIO                                  Country:  Canada
Comments:  Added by: 20202120545

|   | Document # | File Date | Type |
|---|------------|-----------|------|
| 1 | 20202120545 | 10/26/2020 | UCC financing statement |

Record ID #:  20212057674
Record Type:  UCC
File Date:  06/16/2021 01:58:40 PM
Filing office:  Secretary of State
Lapse date:  06/16/2026

| Debtor:  New Elk Coal Company LLC | | |
|---|---|---|

Address 1:  12250 State Highway 12
City:  Weston                State:  CO                Zip/Postal Code:  81091
Province: CO                                            Country:  United States
Comments:  Added by: 20212057674

| Secured Party:  WAGNER EQUIPMENT CO | | |
|---|---|---|

Address 1:  18000 SMITH ROAD
City:  Aurora                State:  CO                Zip/Postal Code:  80011
Province:                                               Country:  United States
Comments:  Added by: 20212057674

| | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20212057674 | 06/16/2021 | UCC financing statement |

Record ID #:  20212057723
Record Type:  UCC
File Date:  06/16/2021 02:26:10 PM
Filing office:  Secretary of State
Lapse date:  06/16/2026

| **Debtor:  New Elk Coal Company LLC** |
|---|

Address 1:  12250 State Highway 12
City:  Weston                    State:  CO                    Zip/Postal Code:  81091
Province: CO                                                  Country:  United States
Comments:  Added by: 20212057723

| **Secured Party:  WAGNER EQUIPMENT CO** |
|---|

Address 1:  18000 SMITH ROAD
City:  Aurora                    State:  CO                    Zip/Postal Code:  80011
Province:                                                     Country:  United States
Comments:  Added by: 20212057723

|   | **Document #** | **File Date** | **Type** |
|---|---|---|---|
| 1 | 20212057723 | 06/16/2021 | UCC financing statement |

**Record 7 of 18**
Record ID #:  20212068427
Record Type:  UCC
File Date: 07/16/2021 08:13:05 AM
Filing office:  Secretary of State
Lapse date: 07/16/2026

| Debtor:  NEW ELK COAL COMPANY LLC |
|---|

Address 1:  12250 State Highway 12

| City:  Weston | State:  CO | Zip/Postal Code:  81091 |
|---|---|---|
| Province: | | Country:  United States |

Comments:  Added by: 20212068427

| Secured Party:  Caterpillar Financial Services Corporation |
|---|

Address 1:  2120 West End Avenue

| City:  Nashville | State:  TN | Zip/Postal Code:  37203 |
|---|---|---|
| Province: | | Country:  United States |

Comments:  Added by: 20212068427

| | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20212068427 | 07/16/2021 | UCC financing statement |

**Record 8 of 18**
Record ID #:  20212113806
Record Type:  UCC
File Date:  11/17/2021 02:05:08 PM
Filing office:  Secretary of State
Lapse date:  11/17/2026

| Debtor:  NEW ELK COAL COMPANY LLC |
|---|

Address 1:  12250 State Highway 12
City:  Weston                State:  CO                Zip/Postal Code:  81091
Province:                                          Country:  United States
Comments:  Added by: 20212113806

| Secured Party:  Caterpillar Financial Services Corporation |
|---|

Address 1:  2120 West End Avenue
City:  Nashville                State:  TN                Zip/Postal Code:  37203
Province:                                          Country:  United States
Comments:  Added by: 20212113806

|   | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20212113806 | 11/17/2021 | UCC financing statement |

**Record 9 of 18**

Record ID #:  20212114731

Record Type:  UCC

File Date:  11/19/2021 12:30:28 PM

Filing office:  Secretary of State

Lapse date:  11/19/2026

## Debtor:  NEW ELK COAL COMPANY LLC

Address 1:  12250 State Highway 12

| City:  Weston | State:  CO | Zip/Postal Code:  81091 |
|---|---|---|
| Province: | | Country:  United States |

Comments:  Added by: 20212114731

## Secured Party:  Caterpillar Financial Services Corporation

Address 1:  2120 West End Avenue

| City:  Nashville | State:  TN | Zip/Postal Code:  37203 |
|---|---|---|
| Province: | | Country:  United States |

Comments:  Added by: 20212114731

| | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20212114731 | 11/19/2021 | UCC financing statement |
| 2 | 20212124889 | 12/20/2021 | UCC amendment |

**Record 10 of 18**

Record ID #:  20212116555

Record Type:  UCC

File Date:  11/24/2021 01:34:40 PM

Filing office:  Secretary of State

Lapse date:  11/24/2026

---

### Debtor:  New Elk Coal Company LLC

Address 1:  12250 State Highway 12

| | | |
|---|---|---|
| City:  Weston | State:  CO | Zip/Postal Code:  81091 |
| Province: | | Country:  United States |

Comments:  Added by: 20212116555

---

### Secured Party:  Nebari Natural Resources Credit Fund I, LP

Address 1:  130 5th Avenue, Fifth Floor

| | | |
|---|---|---|
| City:  New York | State:  NY | Zip/Postal Code:  10011 |
| Province: | | Country:  United States |

Comments:  Added by: 20212116555

---

| | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20212116555 | 11/24/2021 | UCC financing statement |
| 2 | 20222053851 | 05/24/2022 | UCC amendment-termination |

**Record 11 of 18**
Record ID #:  20222037614
Record Type:  UCC
File Date:  04/13/2022 10:29:56 AM
Filing office:  Secretary of State
Lapse date:  04/13/2027

| Debtor:  NEW ELK COAL COMPANY LLC |
| --- |

Address 1:  12250 STATE HWY 12
City:  Weston                     State:  CO                          Zip/Postal Code:  81091
Province:                                                            Country:  United States
Comments:  Added by: 20222037614

| Secured Party:  Komatsu Financial Limited Partnership |
| --- |

Address 1:  8770 W Bryn Mawr Ave Suite 100
City:  Chicago                   State:  IL                          Zip/Postal Code:  60631
Province:                                                            Country:  United States
Comments:  Added by: 20222037614

|   | Document # | File Date | Type |
| --- | --- | --- | --- |
| 1 | 20222037614 | 04/13/2022 | UCC financing statement |

**Record 12 of 18**
Record ID #:  20222050693
Record Type:  UCC
File Date:  05/16/2022 07:20:50 PM
Filing office:  Secretary of State
Lapse date:  05/16/2027

| Debtor:  NEW ELK COAL COMPANY LLC |
|---|

Address 1:  12250 STATE HWY 12
City:  Weston                State:  CO                Zip/Postal Code:  81091
Province:                                          Country:  United States
Comments:  Added by: 20222050693

| Secured Party:  Komatsu Financial Limited Partnership |
|---|

Address 1:  8770 W Bryn Mawr Ave Suite 100
City:  Chicago                State:  IL                Zip/Postal Code:  60631
Province:                                          Country:  United States
Comments:  Added by: 20222050693

|   | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20222050693 | 05/16/2022 | UCC financing statement |

**Record 13 of 18**
Record ID #:  20222052793
Record Type:  UCC
File Date:  05/20/2022 01:01:59 PM
Filing office:  Secretary of State
Lapse date:  05/20/2027

| **Debtor:  New Elk Coal Company LLC** |
| --- |

Address 1:  Suite 107, 109 Pitt Street
City:  Sydney                              State:  OT                              Zip/Postal Code:  NSW 2000
Province:                                                                          Country:  Australia
Comments:  Added by: 20222052793

| **Secured Party:  Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund** |
| --- |

Address 1:  Level 9, 365 Little Collins Street
City:  Melbourne                            State:  OT                              Zip/Postal Code:  3000
Province:  VIC                                                                     Country:  Australia
Comments:  Changed by: 20222053381

|   | Document # | File Date | Type |
| --- | --- | --- | --- |
| 1 | 20222052793 | 05/20/2022 | UCC financing statement |
| 2 | 20222053381 | 05/23/2022 | UCC amendment |

**Record 14 of 18**
Record ID #:  20222052878
Record Type:  UCC
File Date:  05/20/2022 03:32:24 PM
Filing office:  Secretary of State
Lapse date:  05/20/2027

| Debtor:  NEW ELK COAL COMPANY LLC |
| --- |

Address 1:  12250 STATE HWY 12
City:  Weston                State:  CO                    Zip/Postal Code:  81091
Province:                                              Country:  United States
Comments:  Added by: 20222052878

| Secured Party:  Komatsu Financial Limited Partnership |
| --- |

Address 1:  8770 W Bryn Mawr Ave Suite 100
City:  Chicago               State:  IL                    Zip/Postal Code:  60631
Province:                                              Country:  United States
Comments:  Added by: 20222052878

|   | Document # | File Date | Type |
| --- | --- | --- | --- |
| 1 | 20222052878 | 05/20/2022 | UCC financing statement |

**Record 15 of 18**
Record ID #:  20222055311
Record Type:  UCC
File Date:  05/26/2022 07:40:42 PM
Filing office:  Secretary of State
Lapse date:  05/26/2027

| **Debtor:  NEW ELK COAL COMPANY LLC** |
|---|

Address 1:  12250 STATE HWY 12
City:  Weston                    State:  CO                    Zip/Postal Code:  81091
Province:                                                      Country:  United States
Comments:  Added by: 20222055311

| **Secured Party:  Komatsu Financial Limited Partnership** |
|---|

Address 1:  8770 W Bryn Mawr Ave Suite 100
City:  Chicago                    State:  IL                    Zip/Postal Code:  60631
Province:                                                      Country:  United States
Comments:  Added by: 20222055311

|   | **Document #** | **File Date** | **Type** |
|---|---|---|---|
| 1 | 20222055311 | 05/26/2022 | UCC financing statement |

**Record 16 of 18**
Record ID #:  20222063822
Record Type:  UCC
File Date:  06/21/2022 02:49:29 PM
Filing office:  Secretary of State
Lapse date:  06/21/2027

| **Debtor:  NEW ELK COAL COMPANY LLC** |
|---|

Address 1:  12250 STATE HWY 12
City:  Weston                          State:  CO                          Zip/Postal Code:  81091
Province:                                                                        Country:  United States
Comments:  Added by: 20222063822

| **Secured Party:  Komatsu Financial Limited Partnership** |
|---|

Address 1:  8770 W Bryn Mawr Ave Suite 100
City:  Chicago                        State:  IL                          Zip/Postal Code:  60631
Province:                                                                        Country:  United States
Comments:  Added by: 20222063822

|   | **Document #** | **File Date** | **Type** |
|---|---|---|---|
| 1 | 20222063822 | 06/21/2022 | UCC financing statement |

**Record 17 of 18**
Record ID #:  20222076011
Record Type:  UCC
File Date:  07/25/2022 06:33:48 PM
Filing office:  Secretary of State
Lapse date:  07/25/2027

| **Debtor:  NEW ELK COAL COMPANY LLC** |
|---|

Address 1:  12250 STATE HWY 12
City:  Weston                    State:  CO                    Zip/Postal Code:  81091
Province:                                                      Country:  United States
Comments:  Added by: 20222076011

| **Secured Party:  Komatsu Financial Limited Partnership** |
|---|

Address 1:  8770 W Bryn Mawr Ave Suite 100
City:  Chicago                   State:  IL                    Zip/Postal Code:  60631
Province:                                                      Country:  United States
Comments:  Added by: 20222076011

|   | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20222076011 | 07/25/2022 | UCC financing statement |

**Record 18 of 18**
Record ID #:  20222088020
Record Type:  UCC
File Date:  08/26/2022 11:06:34 AM
Filing office:  Secretary of State
Lapse date:  08/26/2027

| Debtor:  NEW ELK COAL COMPANY LLC |
|---|

Address 1:  12250 STATE HWY 12
City:  Weston                    State:  CO                    Zip/Postal Code:  81091
Province:                                                     Country:  United States
Comments:  Added by: 20222088020

| Secured Party:  Komatsu Financial Limited Partnership |
|---|

Address 1:  8770 W Bryn Mawr Ave Suite 100
City:  Chicago                  State:  IL                    Zip/Postal Code:  60631
Province:                                                     Country:  United States
Comments:  Added by: 20222088020

|   | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20222088020 | 08/26/2022 | UCC financing statement |



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20202120541 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75388

_Jena Griswold_
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 10/26/2020 04:05:00 PM
Master ID: 20202120541
Validation Number: 20202120541
Amount: $8.00

## Debtor: (Organization)

Name: New Elk Coal Company LLC
Address1: 12250 HIGHWAY 12
Address2:
City: WESTON              State: CO                ZIP/Postal Code: 81091
Province:                 Country: United States

## Secured Party: (Organization)

Name: CLINE MINING CORPORATION
Address1: 2 QUEEN STREET EAST, 12TH FLOOR
Address2:
City: TORONTO             State: ON                ZIP/Postal Code: M5C 3G7
Province: ONTARIO         Country: Canada

## Collateral

**Description:**
All assets of Debtor, whether now owned or hereafter acquired.



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20202120545 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75389

_____
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 10/26/2020 04:08:15 PM
Master ID: 20202120545
Validation Number: 20202120545
Amount: $8.00

## Debtor: (Organization)

Name: New Elk Coal Company LLC
Address1: 12250 HIGHWAY 12
Address2:

| City: WESTON | State: CO | ZIP/Postal Code: 81091 |
|---|---|---|
| Province: | Country: United States | |

## Secured Party: (Organization)

Name: CLINE MINING CORPORATION
Address1: 2 QUEEN STREET EAST, 12TH FLOOR
Address2:

| City: TORONTO | State: ON | ZIP/Postal Code: M5C 3G7 |
|---|---|---|
| Province: ONTARIO | Country: Canada | |

## Collateral

**Description:**

The Debtor hereby grants the Secured Party a continuing security interest in all of the Debtors right, title and interest in and to all of the Debtors extracted coal and any proceeds from the sale thereof, now owned or at any time hereafter acquired.



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20212057674 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75390

_____

Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 06/16/2021 01:58:40 PM
Master ID: 20212057674
Validation Number: 20212057674
Amount: $8.00

**Debtor: (Organization)**

Name: New Elk Coal Company LLC

Address1: 12250 State Highway 12

Address2:

| City: Weston | State: CO | ZIP/Postal Code: 81091 |
|---|---|---|
| Province: CO | Country: United States | |

**Secured Party: (Organization)**

Name: WAGNER EQUIPMENT CO

Address1: 18000 SMITH ROAD

Address2:

| City: Aurora | State: CO | ZIP/Postal Code: 80011 |
|---|---|---|
| Province: | Country: United States | |

# Collateral

**Description:**

CATERPILLAR 982M AG, SERIAL NUMBER K1Y00473; AND ADDITIONS, REPLACEMENTS, ATTACHMENTS, SUBSTITUTIONS AND ACCESSIONS THERTO NOW OWNED OR HEREAFTER ACQUIRED AND PROCEEDS THEREOF. THIS IS AN INFORMATION FILING ONLY. THE FOREGOING ITEM IS OWNED BY WAGNER EQUIPMENT CO AND RENTED TO: NEW ELK COAL CO LLC



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20212057723 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75391

_Jena Griswold_
_____
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 06/16/2021 02:26:10 PM
Master ID: 20212057723
Validation Number: 20212057723
Amount: $8.00

## Debtor: (Organization)

Name: New Elk Coal Company LLC
Address1: 12250 State Highway 12
Address2:
City: Weston                State: CO                ZIP/Postal Code: 81091
Province: CO                Country: United States

## Secured Party: (Organization)

Name: WAGNER EQUIPMENT CO
Address1: 18000 SMITH ROAD
Address2:
City: Aurora                State: CO                ZIP/Postal Code: 80011
Province:                Country: United States

## Collateral

**Description:**
CATERPILLAR D9T, SERIAL NUMBER RJS01751; AND ADDITIONS, REPLACEMENTS, ATTACHMENTS, SUBSTITUTIONS AND ACCESSIONS THERTO NOW OWNED OR HEREAFTER ACQUIRED AND PROCEEDS THEREOF. THIS IS AN INFORMATION FILING ONLY. THE FOREGOING ITEM IS OWNED BY WAGNER EQUIPMENT CO AND RENTED TO: NEW ELK COAL CO LLC



# STATE OF COLORADO

## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20212068427 consisting of 3 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75392

_Jena Griswold_

Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 07/16/2021 08:13:05 AM
Master ID: 20212068427
Validation Number: 20212068427
Amount: $8.00

**Debtor: (Organization)**

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 State Highway 12

Address2:

City: Weston                     State: CO                ZIP/Postal Code: 81091

Province:                        Country: United States

**Secured Party: (Organization)**

Name: Caterpillar Financial Services Corporation

Address1: 2120 West End Avenue

Address2:

City: Nashville                  State: TN                ZIP/Postal Code: 37203

Province:                        Country: United States

## Collateral

**Description:**

## Optional Information

### Optional filer reference data/miscellaneous information:

CO-0-81499780-61780088

File name: ucc-9938be06-32d8-4da2-84c4-
c582f815a656.attach

Uploaded: 07/16/2021 08:13:05 AM

ONE (1) CATERPILLAR D9T Track Type Tractor SN: RJS01751
ONE (1) CATERPILLAR 982M Medium Wheel Loader SN: K1Y00245
And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof.  The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20212113806 consisting of 3 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75393

*Jena Griswold*
_____
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 11/17/2021 02:05:08 PM
Master ID: 20212113806
Validation Number: 20212113806
Amount: $8.00

**Debtor: (Organization)**

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 State Highway 12

Address2:

| City: Weston | State: CO | ZIP/Postal Code: 81091 |
|---|---|---|
| Province: | Country: United States | |

**Secured Party: (Organization)**

Name: Caterpillar Financial Services Corporation

Address1: 2120 West End Avenue

Address2:

| City: Nashville | State: TN | ZIP/Postal Code: 37203 |
|---|---|---|
| Province: | Country: United States | |

## Collateral

**Description:**

## Optional Information

**Optional filer reference data/miscellaneous information:**

CO-0-83512192-62604017

File name: ucc-e2e8071e-d447-45b2-8e7c-                    Uploaded: 11/17/2021 02:05:08 PM
4f09fbff2369.attach

ONE (1) CATERPILLAR 815FII Soil Compactor S/N: BYN00454
And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof.  The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20212114731 consisting of 3 pages on record with the Secretary of State.

Certification Date:     February 13, 2023 10:25:26 AM

Certification ID #:     75394

*Jena Griswold*
_____
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 11/19/2021 12:30:28 PM
Master ID: 20212114731
Validation Number: 20212114731
Amount: $8.00

**Debtor: (Organization)**

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 State Highway 12

Address2:

City: Weston                     State: CO                     ZIP/Postal Code: 81091

Province:                        Country: United States

**Secured Party: (Organization)**

Name: Caterpillar Financial Services Corporation

Address1: 2120 West End Avenue

Address2:

City: Nashville                  State: TN                     ZIP/Postal Code: 37203

Province:                        Country: United States

**Collateral**

**Description:**

**Optional Information**

**Optional filer reference data/miscellaneous information:**

CO-0-83554892-62619741

Attachment #: 1                                **PDF**

File name: ucc-fb2632a5-2909-4eea-9f01-          Uploaded: 11/19/2021 12:30:28 PM
dc9d24b4d028.attach

ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:

ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:

ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:

ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:

ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:

ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:

And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof.  The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20212124889 consisting of 3 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75395

_Jena Griswold_

Secretary of State

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 12/20/2021 06:59:53 AM
Master ID: 20212114731
Validation Number: 20212124889
Amount: $8.00

## Initial Financing Statement

File #: 20212114731          File Date: 11/19/2021 12:30:28 PM          Filing office:  Secretary of State

## Collateral

This amendment restates collateral
**Description:**
please see attachment

## Optional Information

### Optional filer reference data/miscellaneous information:

CO-0-83997536-62800413

## Authorizing Party (Secured Party): (Organization)

Name: Caterpillar Financial Services Corporation
Address1: 2120 West End Avenue
Address2:
City: Nashville                    State: TN                    ZIP/Postal Code: 37203
Province:                    Country: United States

File name: ucc-1393d3c1-ec5d-46e6-bc79-
d132cb4f5657.attach

Uploaded: 12/20/2021 06:59:52 AM

ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N: 4E7AA35285ATA0788 ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N: 4E7AA35275ATA0782 ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N: 4E7AA35205ATA0784 ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:4E7AA35245ATA0786  ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N: 4E7AA352X5ATA0789 ONE (1) Vantage 3427RH Frameless End Dump Trailer S/N:4E7AA35277ASA1432  And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222037614 consisting of 1 pages on record with the Secretary of State.

Certification Date:   February 13, 2023 10:25:26 AM

Certification ID #:   75398

*Jena Griswold*

_____
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 04/13/2022 10:29:56 AM
Master ID: 20222037614
Validation Number: 20222037614
Amount: $8.00

## Debtor: (Organization)

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 STATE HWY 12

Address2:

| | | |
|---|---|---|
| City: Weston | State: CO | ZIP/Postal Code: 81091 |
| Province: | Country: United States | |

## Secured Party: (Organization)

Name: Komatsu Financial Limited Partnership

Address1: 8770 W Bryn Mawr Ave Suite 100

Address2:

| | | |
|---|---|---|
| City: Chicago | State: IL | ZIP/Postal Code: 60631 |
| Province: | Country: United States | |

## Collateral

**Description:**

ONE (1) Joy BH10 Battery Hauler, S/N# BH1777. ONE (1) Joy BH10 Battery Hauler, S/N# BH1780. ONE (1) Dapco BH01 Diesel Transport, S/N# 19609. ONE (1) Trey K 1500KVA Power Center, S/N# 16367. COMPLETE WITH ALL PRESENT ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS AND ALL PROCEEDS THEREOF.

## Optional Information

## Optional filer reference data/miscellaneous information:

CO-0-85948589-63590323



# STATE OF COLORADO

## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222050693 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75399

*Jena Griswold*

Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 05/16/2022 07:20:50 PM
Master ID: 20222050693
Validation Number: 20222050693
Amount: $8.00

---

**Debtor: (Organization)**

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 STATE HWY 12

Address2:

City: Weston          State: CO          ZIP/Postal Code: 81091

Province:             Country: United States

---

**Secured Party: (Organization)**

Name: Komatsu Financial Limited Partnership

Address1: 8770 W Bryn Mawr Ave Suite 100

Address2:

City: Chicago         State: IL          ZIP/Postal Code: 60631

Province:             Country: United States

---

## Collateral

**Description:**

ONE (1)  BH10 DC  Battery Hauler, S/N# BH1776, equipped with Hauler Batteries and one battery charger.
COMPLETE WITH ALL PRESENT ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS
AND ALL PROCEEDS THEREOF.

---

## Optional Information

## Optional filer reference data/miscellaneous information:

CO-0-86579845-63876233



# STATE OF COLORADO
### DEPARTMENT OF STATE

### CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222052793 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75400

*Jena Griswold*

Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 05/20/2022 01:01:59 PM
Master ID: 20222052793
Validation Number: 20222052793
Amount: $8.00

---

**Debtor: (Organization)**

Name: New Elk Coal Company LLC

Address1: Suite 107, 109 Pitt Street

Address2:

| City: Sydney | State: OT | ZIP/Postal Code: NSW 2000 |
|---|---|---|
| Province: | Country: Australia | |

---

**Secured Party: (Organization)**

Name: Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund

Address1: Level 9, 365 Little Collins Street

Address2:

| City: Melbourne | State: OT | ZIP/Postal Code: 3000 |
|---|---|---|
| Province: VIC | Country: Australia | |

---

# Collateral

**Description:**

All Assets.

---

# Optional Information

## Optional filer reference data/miscellaneous information:

For filing with the Colorado Secretary of State/1001424.0001



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222053381 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75401

_____
Secretary of State

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 05/23/2022 01:41:35 PM
Master ID: 20222052793
Validation Number: 20222053381
Amount: $8.00

---

## Initial Financing Statement

File #: 20222052793          File Date: 05/20/2022 01:01:59 PM          Filing office:  Secretary of State

---

## Secured Party: (Organization) - Changed

Name: Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund

Address1: Level 9, 365 Little Collins Street

Address2:

City: Melbourne                    State: OT                    ZIP/Postal Code: 3000

Province: VIC                      Country: Australia

---

## Authorizing Party (Secured Party): (Organization)

Name: Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund

Address1: Level 9, 365 Little Collins Street

Address2:

City: Melbourne                    State: OT                    ZIP/Postal Code: 3000

Province: VIC                      Country: Australia



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222052878 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75402

_____

Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 05/20/2022 03:32:24 PM
Master ID: 20222052878
Validation Number: 20222052878
Amount: $8.00

## Debtor: (Organization)

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 STATE HWY 12

Address2:

City: Weston                State: CO                ZIP/Postal Code: 81091

Province:                Country: United States

## Secured Party: (Organization)

Name: Komatsu Financial Limited Partnership

Address1: 8770 W Bryn Mawr Ave Suite 100

Address2:

City: Chicago                State: IL                ZIP/Postal Code: 60631

Province:                Country: United States

## Collateral

**Description:**

ONE (1)  BH10 DC Battery Hauler, S/N# BH1781,  equipped with Battery number 8A. COMPLETE WITH ALL PRESENT ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS AND ALL PROCEEDS THEREOF.

## Optional Information

## Optional filer reference data/miscellaneous information:

CO-0-86679909-63922612



# STATE OF COLORADO
### DEPARTMENT OF STATE

### CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222055311 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75403

Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 05/26/2022 07:40:42 PM
Master ID: 20222055311
Validation Number: 20222055311
Amount: $8.00

## Debtor: (Organization)

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 STATE HWY 12

Address2:

| City: Weston | State: CO | ZIP/Postal Code: 81091 |
|---|---|---|
| Province: | Country: United States | |

## Secured Party: (Organization)

Name: Komatsu Financial Limited Partnership

Address1: 8770 W Bryn Mawr Ave Suite 100

Address2:

| City: Chicago | State: IL | ZIP/Postal Code: 60631 |
|---|---|---|
| Province: | Country: United States | |

## Collateral

**Description:**

ONE (1)  BH10 DC Battery Hauler equipped with Battery 1A,  S/N# BH1774. COMPLETE WITH ALL PRESENT ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS AND ALL PROCEEDS THEREOF.

## Optional Information

## Optional filer reference data/miscellaneous information:

CO-0-86787291-63970806



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222063822 consisting of 1 pages on record with the Secretary of State.

Certification Date:   February 13, 2023 10:25:26 AM

Certification ID #:   75404

_Jena Griswold_

Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 06/21/2022 02:49:29 PM
Master ID: 20222063822
Validation Number: 20222063822
Amount: $8.00

## Debtor: (Organization)

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 STATE HWY 12

Address2:

City: Weston                State: CO              ZIP/Postal Code: 81091

Province:                Country: United States

## Secured Party: (Organization)

Name: Komatsu Financial Limited Partnership

Address1: 8770 W Bryn Mawr Ave Suite 100

Address2:

City: Chicago                State: IL              ZIP/Postal Code: 60631

Province:                Country: United States

## Collateral

**Description:**

ONE (1) Joy BH10 DC, S/N# BH1779, Battery Hauler with Battery 6A. COMPLETE WITH ALL PRESENT ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS AND ALL PROCEEDS THEREOF.

## Optional Information

## Optional filer reference data/miscellaneous information:

CO-0-87227762-64165540



# STATE OF COLORADO
### DEPARTMENT OF STATE

### CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222076011 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75405

_____
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 07/25/2022 06:33:48 PM
Master ID: 20222076011
Validation Number: 20222076011
Amount: $8.00

### Debtor: (Organization)

Name: NEW ELK COAL COMPANY LLC

Address1: 12250 STATE HWY 12

Address2:

City: Weston                State: CO               ZIP/Postal Code: 81091

Province:                   Country: United States

### Secured Party: (Organization)

Name: Komatsu Financial Limited Partnership

Address1: 8770 W Bryn Mawr Ave Suite 100

Address2:

City: Chicago               State: IL               ZIP/Postal Code: 60631

Province:                   Country: United States

## Collateral

**Description:**

ONE (1) Joy BH10  Battery Hauler, S/N# BH1778, equipped with BATTERIES 2A, 2C and 5A, with Charger. COMPLETE WITH ALL PRESENT ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS AND ALL PROCEEDS THEREOF.

## Optional Information

## Optional filer reference data/miscellaneous information:

CO-0-87846510-64425261



# STATE OF COLORADO
## DEPARTMENT OF STATE

## CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222088020 consisting of 1 pages on record with the Secretary of State.

Certification Date:    February 13, 2023 10:25:26 AM

Certification ID #:    75406

_Jena Griswold_
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 08/26/2022 11:06:34 AM
Master ID: 20222088020
Validation Number: 20222088020
Amount: $8.00

| **Debtor: (Organization)** |
| --- |

Name: NEW ELK COAL COMPANY LLC
Address1: 12250 STATE HWY 12
Address2:
City: Weston                State: CO          ZIP/Postal Code: 81091
Province:                    Country: United States

| **Secured Party: (Organization)** |
| --- |

Name: Komatsu Financial Limited Partnership
Address1: 8770 W Bryn Mawr Ave Suite 100
Address2:
City: Chicago              State: IL            ZIP/Postal Code: 60631
Province:                    Country: United States

| **Collateral** |
| --- |

**Description:**
ONE (1)  BH10, S/N# BH1775, With all accessories and attachments. COMPLETE WITH ALL PRESENT ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS AND ALL PROCEEDS THEREOF.

| **Optional Information** |
| --- |

## Optional filer reference data/miscellaneous information:
CO-0-88429560-64679267