**Exhibit 25**
**NORTH CENTRAL ENERGY COMPANY - CO UCC-1 FILINGS**



# STATE OF COLORADO
### DEPARTMENT OF STATE

### CERTIFICATE

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a report consisting of 3 pages of all secured transaction records on record in this office as of Monday, February 13, 2023 10:19:18 AM, which designate "NORTH CENTRAL ENERGY COMPANY" as debtor.

Certification ID #:    75376

*Jena Griswold*

Secretary of State



**STATE OF COLORADO**
Department of State
1700 Broadway Suite 550
Denver, Colorado 80290

**Jena Griswold**
Secretary of State of the State of Colorado

# Search Report

This report reflects documents delivered on paper through 02/11/2023 and documents delivered electronically through 02/13/2023

## Search Criteria:

Debtor Name: NORTH CENTRAL ENERGY COMPANY
Normalized org. name:  NORTHCENTRALENERGY
The search results include lapsed records.

This report was created on :  Monday, February 13, 2023 10:19:19 AM

### Record 1 of 3
Record ID #:  20172017635
Record Type:  UCC
File Date:  02/23/2017 04:59:57 PM
Filing office:  Secretary of State
Lapse date:  02/23/2022

**Debtor:  North Central Energy Company**

Address 1:  12250 Highway 12
City:  Weston                        State:  CO                    Zip/Postal Code:  81091
Province:  United States                                            Country:  United States
Comments:  Added by: 20172017635

**Secured Party:  Computershare Trust Company of Canada, as trustee**

Address 1:  100 University Avenue, 11th Floor
Address 2:  North Tower
City:  Toronto                       State:  ON                    Zip/Postal Code:  M5J 2Y1
Province:  Ontario                                                  Country:  Canada
Comments:  Added by: 20172017635

|   | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20172017635 | 02/23/2017 | UCC financing statement |
| 2 | 20202120533 | 10/26/2020 | UCC amendment-termination |

**Record 2 of 3**
Record ID #: 20202120548
Record Type: UCC
File Date: 10/26/2020 04:10:45 PM
Filing office: Secretary of State
Lapse date: 10/26/2025

| **Debtor: NORTH CENTRAL ENERGY COMPANY** |
|---|

Address 1: 12250 HIGHWAY 12
City: WESTON State: CO Zip/Postal Code: 81091
Province: Country: United States
Comments: Added by: 20202120548

| **Secured Party: CLINE MINING CORPORATION** |
|---|

Address 1: 2 QUEEN STREET EAST, 12TH FLOOR
City: TORONTO State: ON Zip/Postal Code: M5C 3G7
Province: ONTARIO Country: Canada
Comments: Added by: 20202120548

|   | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20202120548 | 10/26/2020 | UCC financing statement |

**Record 3 of 3**

Record ID #: 20222052788

Record Type: UCC

File Date: 05/20/2022 12:52:45 PM

Filing office: Secretary of State

Lapse date: 05/20/2027

| **Debtor: North Central Energy Company** |
|---|

Address 1: Suite 107, 109 Pitt Street

City: Sydney　　　　　　　　　State: OT　　　　　　　　　Zip/Postal Code: NSW 2000

Province:　　　　　　　　　　　　　　　　　　　　　　　Country: Australia

Comments: Added by: 20222052788

| **Secured Party: Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund** |
|---|

Address 1: Level 9, 365 Little Collins Street

City: Melbourne　　　　　　　　State: OT　　　　　　　　　Zip/Postal Code: 3000

Province: VIC　　　　　　　　　　　　　　　　　　　　　　Country: Australia

Comments: Changed by: 20222053392

|  | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20222052788 | 05/20/2022 | UCC financing statement |
| 2 | 20222053392 | 05/23/2022 | UCC amendment |



# STATE OF COLORADO
**DEPARTMENT OF STATE**

**CERTIFICATE**

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20202120548 consisting of 1 pages on record with the Secretary of State.

Certification Date:   February 13, 2023 10:19:18 AM

Certification ID #:   75379

*Jena Griswold*
_____
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 10/26/2020 04:10:45 PM
Master ID: 20202120548
Validation Number: 20202120548
Amount: $8.00

**Debtor: (Organization)**
Name: NORTH CENTRAL ENERGY COMPANY
Address1: 12250 HIGHWAY 12
Address2:
City: WESTON          State: CO          ZIP/Postal Code: 81091
Province:              Country: United States

**Secured Party: (Organization)**
Name: CLINE MINING CORPORATION
Address1: 2 QUEEN STREET EAST, 12TH FLOOR
Address2:
City: TORONTO         State: ON          ZIP/Postal Code: M5C 3G7
Province: ONTARIO     Country: Canada

**Collateral**

**Description:**
All assets of Debtor, whether now owned or hereafter acquired.



# STATE OF COLORADO
**DEPARTMENT OF STATE**

**CERTIFICATE**

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222052788 consisting of 1 pages on record with the Secretary of State.

Certification Date:   February 13, 2023 10:19:18 AM

Certification ID #:   75380

*Jena Griswold*
───────────────────────
Secretary of State

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 05/20/2022 12:52:45 PM
Master ID: 20222052788
Validation Number: 20222052788
Amount: $8.00

**Debtor: (Organization)**

Name: North Central Energy Company
Address1: Suite 107, 109 Pitt Street
Address2:
City: Sydney    State: OT    ZIP/Postal Code: NSW 2000
Province:    Country: Australia

**Secured Party: (Organization)**

Name: Collins St Convertible Notes Pty Ltd CAN 657 773 754, as Trustee for Collins St Convertible Note Fund
Address1: Level 9, 365 Little Collins Street
Address2:
City: Melbourne    State: OT    ZIP/Postal Code: 3000
Province: VIC    Country: Australia

**Collateral**

**Description:**
All Assets.

**Optional Information**

**Optional filer reference data/miscellaneous information:**
For filing with the Colorado Secretary of State/1001424.0001



# STATE OF COLORADO
**DEPARTMENT OF STATE**

**CERTIFICATE**

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20222053392 consisting of 1 pages on record with the Secretary of State.

Certification Date:   February 13, 2023 10:19:18 AM

Certification ID #:   75381

*Jena Griswold*

Secretary of State

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 05/23/2022 01:51:56 PM
Master ID: 20222052788
Validation Number: 20222053392
Amount: $8.00

| Initial Financing Statement |
|---|

File #: 20222052788   File Date: 05/20/2022 12:52:45 PM   Filing office: Secretary of State

| Secured Party: (Organization) - Changed |
|---|

Name: Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund
Address1: Level 9, 365 Little Collins Street
Address2:
City: Melbourne             State: OT             ZIP/Postal Code: 3000
Province: VIC               Country: Australia

| Authorizing Party (Secured Party): (Organization) |
|---|

Name: Collins St Convertible Notes Pty Ltd ACN 657 773 754, as Trustee for Collins St Convertible Note Fund
Address1: Level 9, 365 Little Collins Street
Address2:
City: Melbourne             State: OT             ZIP/Postal Code: 3000
Province: VIC               Country: Australia