**Exhibit 26**
**RATON BASIN ANALYTIC LLC - CO UCC-1 FILINGS**



# STATE OF COLORADO
**DEPARTMENT OF STATE**

**CERTIFICATE**

I, Jena Griswold, Secretary of State of the State of Colorado, hereby certify that the attached document is a report indicating no secured transaction records are on record in this office as of Monday, February 13, 2023 10:22:16 AM, which designate "RATON BASIN ANALYTIC LLC" as debtor.

Certification ID #:    75382

*Jena Griswold*

Secretary of State

**STATE OF COLORADO**  
**Department of State**  
1700 Broadway Suite 550  
Denver, Colorado 80290



**Jena Griswold**  
**Secretary of State of the State of Colorado**

# Search Report

This report reflects documents delivered on paper through 02/11/2023 and documents delivered electronically through 02/13/2023

## Search Criteria:

Debtor Name: RATON BASIN ANALYTIC LLC  
Normalized org. name: RATONBASINANALYTIC  
The search results include lapsed records.

This report was created on : Monday, February 13, 2023 10:22:17 AM

**The search criteria does not return any results.**