**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Allegiance Coal USA Limited, *et al.*, | : | Case No. 23-10234 (CTG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **RelaDyne LLC**, Attn: Matt Green, 8280 Montgomery Road, Suite 101, Cincinnati, OH 45236, Phone: 513-256-9297; E-Mail: matt.green@reladyne.com,

2.     **Nelson Brothers, LLC.**,  Attn: Jason K. Baker, 820 Shades Creek Parkway, Suite 2000, Birmingham, AL 35216, Phone: 205-414-2900; E-Mail: jbaker@nelbro.com,

3.     **West River Conveyors and Machinery Company,** Attn: Pete Savage, 8936 Dismal River Road, Oakwood, VA 24631, Phone: 276-991-4450, Fax: 276-259-5252; E-mail: psavage@westriverconveyors.com

                                 ANDREW R. VARA
                                 United States Trustee, Region 3


                                 /s/ *Timothy J. Fox* for
                                 JOSEPH J. MCMAHON, JR.
                                 ASSISTANT UNITED STATES TRUSTEE

DATED: March 15, 2023

Attorney assigned to this Case: Timothy J. Fox, Jr., Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert J. Dehney, Esq., Phone: (302) 658-9200, Fax: (302) 425-4673