# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>**ALLEGIANCE COAL USA LIMITED**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 23-10234 (CTG)<br>Jointly Administered<br>Re: D.I. 115 & 116 |

## ORDER SHORTENING NOTICE RELATED TO DEBTORS' MOTION FOR ENTRY OF ORDER APPROVING THE COAL SALE CONTRACT WITH MARCO INTERNATIONAL CORPORATION AND GRANTING RELATED RELIEF

Upon the Debtors' motion (the "Motion to Shorten")[2] for entry of an order shortening notice of the *Debtors' Motion for Entry of Order Approving the Coal Sale Contract with Marco International Corporation and Granting Related Relief* (the "Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

[2] Capitalized terms used but not defined herein are defined in the Motion to Shorten.

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion shall be considered at a hearing scheduled for **March 21, 2023, at 9:30 a.m. (ET)**.

3. Objections, if any, to the relief requested in the Motions **must be filed and served on counsel to the Debtors at or before the hearing**.

**Dated: March 17th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**