# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**ALLEGIANCE COAL USA LIMITED**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10234 (CTG)<br><br>Jointly Administered<br><br>**Objection Deadline:** At, or Before the Hearing<br><br>**Hearing Date:** March 21, 2023 at 9:30 a.m. (ET)<br><br>**Re: D.I. 115, 116 & 118** |

## NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF ORDER APPROVING THE COAL SALE CONTRACT WITH MARCO INTERNATIONAL CORPORATION AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on March 17, 2023, Allegiance Coal USA Limited and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed *Debtors' Motion for Entry of Order Approving the Coal Sale Contract with Marco International Corporation and Granting Related Relief* [D.I. 115] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on March 17, 2023, the Debtors filed *Debtors' Motion for Entry of an Order Shortening Notice Related to Debtors' Motion for Entry of Order Approving the Coal Sale Contract with Marco International Corporation and Granting Related Relief* [D.I. 116] (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that on March 17, 2023, the Court entered *Order Shortening Notice Related to Debtors' Motion for Entry of Order Approving the Coal Sale Contract with Marco International Corporation and Granting Related Relief* [D.I. 118] scheduling a hearing on **March 21, 2023, at 9:30 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the relief requested in the Motion will be at, or before the hearing.

Dated: March 17, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Daniel B. Butz
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Daniel B. Butz (No. 4227)
Paige N. Topper (No. 6470)
Taylor M. Haga (No. 6549)
Evanthea Hammer (No. 7061)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
mharvey@morrisnichols.com
dbutz@morrisnichols.com
ptopper@morrisnichols.com
thaga@morrisnichols.com
ehammer@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*