Allegiance Coal USA Limited

23-10234

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Colin | Robinson | Collins | Pachulski Stang Ziehl & Jones LLP |
| Robert | Dehney | Debtors | Morris,  Nichols,  Arsht & Tunnell LLP |
| Daniel | Butz | Debtors | Morris,  Nichols,  Arsht & Tunnell LLP |
| Matthew | Harvey | Debtors | Morris,  Nichols,  Arsht & Tunnell LLP |
| John | Lucas | Collins | Pachulski Stang Ziehl & Jones LLP |
| Paige | Topper | Debtors | Morris,  Nichols,  Arsht & Tunnell LLP |
| Chris | Walker | Debtors | |
| Jon | Romcke | Debtors | |
| Sheldon | Stone | Debtors | |
| David | Rychalsky | Debtors | |
| Matt | Hart | Debtors | |
| Morris Nichols | Conference Room | Debtors | |
| David | Beckman | Collins | |
| Alan | Boyko | Collins | |
| Gordon | McKay | Marret Asset Management Inc. | Marret Asset Management Inc. |
| Vasilios | Piperoglou | Collins St. | Collins St. |
| Michael | Goldberg | Collins St. | Collins St. |
| Kevin | Barrett | Warrior Met Coal Land,  LLC | Bailey & Glasser,  LLP |
| Vasilios | Piperoglou | Collins St. | Collins St. |
| Ron | Holzer | Collins St. | Collins St. |
| Richard | Riley | Official Committee of Unsecured Creditors | Whiteford,  Taylor & Preston LLC |
| Michael | Roeschenthaler | Official Committee of Unsecured Creditors | Whiteford Taylor & Preston,  LLP |
| Kenneth | Lund | Official Committee of Unsecured Creditors | Whiteford Taylor & Preston,  LLP |
| David | Gaffey | Official Committee of Unsecured Creditors | Whiteford Taylor & Preston,  LLP |
| Alexandra | DeSimone | Official Committee of Unsecured Creditors | Whiteford Taylor & Preston,  LLP |
| Taylor | Harrison | Debtwire | |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |
| Beth | Brownstein | Marco International Corporation | ArentFox Schiff LLP |
| Tal | Unrad | Marco International Corporation | ArentFox Schiff LLP |
| Beth | Brownstein | Marco International Corporation | ArentFox Schiff LLP |
| | | | |
| | | | |