# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **ALLEGIANCE COAL USA LIMITED**, *et al.*, | Case No. 23-10234 (CTG) |
| Debtors.[1] | Jointly Administered |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED** that the following omnibus hearings have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| April 14, 2023 | 10:00 a.m. (ET) |
| May 17, 2023 | 10:00 a.m. (ET) |
| June 15, 2023 | 10:00 a.m. (ET) |

Dated: March 22nd, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.