# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALLEGIANCE COAL USA LIMITED, *et al.*,[1] | ) | Case No. 23-10234 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO COLLINS ST CONVERTIBLE NOTES PTY LTD

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, Pachulski Stang Ziehl & Jones LLP ("PSZJ") hereby withdraws as counsel to Collins St Convertible Notes Pty Ltd, as trustee for The Collins St Convertible Notes Fund ("Collins") and request removal from all mailing, service, and electronic case filing notice lists in the above-captioned cases. Such withdrawal will leave a member of the bar of the Delaware District Court as counsel of record for Collins.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The location of the Debtors' service address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, Colorado 81091.

DOCS_DE:242748.1 15325/001

| | |
|---|---|
| Dated: March 28, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No. 271038) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson, Esq. (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | E-mail:  joneill@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | *Counsel for Collins St Convertible Notes Pty Ltd* |