# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **ALLEGIANCE COAL USA LIMITED**, *et al.*, | Case No. 23-10234 (CTG) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 27, 2023, AT 10:00 A.M. EASTERN TIME

**This hearing will be conducted in-person at 824 North Market Street, 6th Floor, Courtoom 1, Wilmington, DE 19801. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by September 26, 2023, at 4:00 p.m. (ET).**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsdu6orT8pE7-SbDfCFn-dgGFn_-jbSAM**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**Topic: Allegiance Coal USA Limited, et al.**

**Time: September 27, 2023, at 10:00 A.M. Eastern Time (US and Canada)**

**RESOLVED MATTERS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Allegiance Coal USA Limited (1324); New Elk Coal Holdings LLC (1314); New Elk Coal Company LLC (0615); and Black Warrior Minerals, Inc. (6486). The Debtors' mailing address for purposes of these chapter 11 cases is 12250 Highway 12, Weston, CO 81091.

1. Motion of MHC Truck Leasing, LLC for an Order Modifying the Automatic Stay Under 11 U.S.C. § 362(d) (D.I. 470, filed 8/25/23).

   Objection Deadline: September 8, 2023, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   a. Order Approving Stipulation Resolving Motion of MHC Truck Leasing, LLC for Order Modifying Automatic Stay Under 11 U.S.C. § 362(d) and Granting Related Relief (D.I. 498, entered 9/18/23).

   Status: An order has been entered. No hearing is necessary.

2. Motion of Caterpillar Financial Services Corporation for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (D.I. 487, filed 9/11/23).

   Objection Deadline: September 20, 2023, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   a. Order Regarding Motion of Caterpillar Financial Services Corporation for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (D.I. 502, entered 9/25/23).

   Status: An order has been entered. No hearing is necessary.

**MATTERS GOING FORWARD**

3. Motion of John Deere Construction & Forestry Company to Compel Adequate Protection Payments, or in the Alternative, for Relief from the Automatic Stay (D.I. 345, filed 6/7/23).

   Objection Deadline: July 6, 2023, at 4:00 p.m. (ET). Extended for the Debtors to July 7, 2023, at 4:00 p.m. (ET).

   Responses Received:

   a. Debtors' Objection to Motion of John Deere Construction & Forestry Company to Compel Adequate Protection Payments, or in the Alternative, for Relief from the Automatic Stay (D.I. 374, filed 7/7/23).

b. Declaration of Christopher S. Walker in Support of Debtors' Objection to Motion of John Deere Construction & Forestry Company to Compel Adequate Protection Payments, or in the Alternative, for Relief from the Automatic Stay (D.I. 375, filed 7/7/23).

Related Documents: None.

Status: The subject equipment is in the process of being sold. This matter is going forward as a status conference.

4. Motion of Warrior Met Coal Land LLC for Relief from Automatic Stay (D.I. 454, filed 8/22/23).

Objection Deadline: September 5, 2023, at 4:00 p.m. (ET). Extended for the Debtors to September 15, 2023, at 4:00 p.m. (ET).

Responses Received:

a. Debtors' Reservation of Rights and Limited Objection to Motion of Warrior Met Coal Land LLC for Relief from the Automatic Stay (D.I. 491, filed 9/15/23).

Related Documents: None.

Status: This matter is going forward.

| | |
|---|---|
| Dated: September 25, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Evanthea Hammer*<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Evanthea Hammer (No. 7061)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>ehammer@morrisnichols.com<br><br>*Counsel to the Debtors and Debtors in Possession* |